IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>　　　　　　　　　　Defendant. | No.: 2:22-cv-03253-MAK |

## NOTICE OF APPEARANCE

Jeffrey L. Ledbetter of the law firm of Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204, hereby enters his appearance on behalf of *Amici Curiae* the American Financial Services Association and the Consumer Credit Industry Association.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Ledbetter*
　　　　　　　　　　　　　　　　Jeffrey L. Ledbetter (Pa. Atty. No. 32614)
　　　　　　　　　　　　　　　　KRIEG DeVAULT LLP
　　　　　　　　　　　　　　　　One Indiana Square, Suite 2800
　　　　　　　　　　　　　　　　Indianapolis, Indiana  46204
　　　　　　　　　　　　　　　　Telephone:  (317) 238-6216 (Direct)
　　　　　　　　　　　　　　　　　　　　　　　(317) 636-4341 (Main)
　　　　　　　　　　　　　　　　Facsimile:  (317) 636-1507
　　　　　　　　　　　　　　　　E-Mail:  jledbetter@kdlegal.com

　　　　　　　　　　　　　　　　*Attorney for Amicus Curiae the American Financial Services Association*

## **CERTIFICATE OF SERVICE**

AFSA and CCIA, through undersigned counsel, hereby certify that a true and correct copy of the attached documents were filed electronically and served on all counsel of record via CMS/ECF.

Dated:  November 10, 2022                                              */s/ Jeffrey L. Ledbetter*  
                                                                                        Jeffrey L. Ledbetter

KD_14206439_1.docx