IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :                    CIVIL ACTION
                                               :
              v.                               :
                                               :
                                               :                    NO.:  22-cv-3253
MARINER FINANCE, LLC                           :

## O R D E R

AND NOW, this 3rd day of FEBRUARY, 2023, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above captioned is reassigned from the calendar of the Honorable Mark A. Kearney to the calendar of the Honorable Kelley Brisbon Hodge for further proceedings.

FOR THE COURT:


JUAN R. SÁNCHEZ
Chief Judge

ATTEST:


/s/GEORGE WYLESOL_____
GEORGE WYLESOL
Clerk of Court