IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, by Attorney General Josh Shapiro, DISTRICT OF COLUMBIA, through the Office of the Attorney General, MATTHEW J. PLATKIN, Acting Attorney General of the State of New Jersey, STATE OF OREGON, ex rel. Ellen F. Rosenblum, in her official capacity as Attorney General, and STATE OF WASHINGTON,**<br>    Plaintiffs,<br><br>        v.<br><br>**MARINER FINANCE, LLC,**<br>    Defendant. | CIVIL ACTION<br><br>NO.  22-3253 |

# O R D E R

**AND NOW**, this 12th day of January, 2024, upon considering Defendant Mariner Finance, LLC's Motion to Dismiss (ECF Nos. 27, 27-1, 27-2), Plaintiffs' Opposition to Defendant's Motion to Dismiss (ECF No. 34) and the Declaration of Nicholas Smyth in support thereof (ECF No. 34-1), Defendant's reply thereto (ECF No. 36), and all additional supplemental briefing, it is **HEREBY ORDERED** that Mariner Finance, LLC's Motion to Dismiss (ECF No. 27) is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**