# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY et al.,** Plaintiffs, | **CIVIL ACTION** |
| v. | NO. 22-3253 |
| **MARINER FINANCE, LLC,** Defendant. | |

## O R D E R

**AND NOW**, this 20th day of November, 2024, upon consideration of Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (ECF No. 92), Defendant's Response (ECF No. 99), and Plaintiff's Reply thereto (ECF No. 102), **IT IS ORDERED** that Plaintiffs' Motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs' Motion to Strike is **GRANTED** as to Affirmative Defenses One, Seven, and Fourteen, and those Affirmative Defenses are **STRICKEN**. Plaintiffs' Motion is **DENIED** as to Affirmative Defenses Two, Three, Five, and Six.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**