# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; STATE OF TENNESSEE, EX REL. JONATHAN SKRMETTI, ATTORNEY GENERAL AND REPORTER; AND STATE OF WISCONSIN,** <br>                Plaintiffs, <br><br>     v. <br><br> **MARINER FINANCE, LLC,** <br>                Defendant. | CIVIL ACTION <br><br> NO.  22-3253 |

# **O R D E R**

      **AND NOW**, this 27th day of August, 2025, upon consideration of the Motions for *Pro Hac Vice* admission of Patrick Gibson, Esquire (ECF 136) and Frances L. Kern, Esquire (ECF 137), the filing fees having been paid, **IT IS ORDERED** that the Motion for *Pro Hac Vice*

admission of Patrick Gibson, Esquire (ECF 136) and Frances L. Kern, Esquire (ECF 137) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    **HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.