IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; STATE OF TENNESSEE, EX REL. JONATHAN SKRMETTI, ATTORNEY GENERAL AND REPORTER; AND STATE OF WISCONSIN,**<br>　　　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**MARINER FINANCE, LLC,**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br>**NO. 22-3253** |

**O R D E R**

**AND NOW**, this 25th day of November, 2025, upon consideration of the Motion for *Pro Hac Vice* admission of Melissa Piwowar, Esquire (ECF 139), the filing fee having been paid, **IT**

**IS ORDERED** that the Motion for *Pro Hac Vice* admission of Melissa Piwowar, Esquire (ECF 139) is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.