IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania, et al.  :  Case Number: 2:22-cv-03253-KBH
:
:
v.  :
:
Mariner Finance, LLC  :

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[ ]  GRANTED.  The Clerk is DIRECTED to add __Marianna C. Chapleau__, Esquire as counsel for __Mariner Finance, LLC__. __Marianna C. Chapleau__ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ]  DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:22-cv-03253-KBH

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Marianna C. Chapleau the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Mariner Finance, LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Florida State Court | 10/2/2024 | 1059142 |
| Illinois State Court | 10/31/2013 | 6312514 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See Appendix A |  |  |
|  |  |  |
|  |  |  |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for  Mariner Finance, LLC

Name of Attorney:  Marianna C. Chapleau

Firm Address:  Three Brickell City Centre, 98 S.E. 7th Street, Suite 700

Telephone Number:  (305) 432-5687

Email Address:  mchapleau@kirkland.com

I declare under penalty of perjury that the foregoing is true and correct

Executed on  1/16/2026
(Date)                                    (Movant's signature)

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Marianna C. Chapleau_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Daniel JT McKenna | *[signature]* | 2005 | 93930 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Ballard Spahr LLP
_____

1735 Market Street, 51st Floor, Philadelphia, PA 19103
_____

Tel: (215) 864-8321
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    *[signature]*_____
    (Date)               (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania, et al. | : | Case Number: 2:22-cv-03253-KBH |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Mariner Finance, LLC | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Marianna C. Chapleau__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

via ECF to all counsel of record.

_____
(Signature of Attorney)

Daniel JT McKenna
(Name of Attorney)

Mariner Finance, LLC
(Name of Moving Party)

1/16/2026
(Date)

## Appendix A

| Federal Jurisdiction | Admission Date | Attorney Identification Number |
|---|---|---|
| US Court of Appeals, Fifth Circuit | 8/17/2011 | N/A |
| US District Court, MDFL | 5/7/2025 | N/A |
| US District Court, NDFL | 5/7/2025 | N/A |
| US District Court, SDFL | 11/19/2024 | N/A |
| US District Court, NDTX | 3/19/2012 | 24070208 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>  Defendant. | Case No. 2:22-cv-03253-KBH |

**DECLARATION OF DANIEL JT MCKENNA IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

DANIEL JT MCKENNA, of full age, certifies as follows:

1. I am an attorney at law in the Commonwealth of Pennsylvania, a member in good standing of the bar of this Court, and a partner of the firm of Ballard Spahr, LLP, located at 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

2. I have appeared as counsel to Defendant Mariner Finance, LLC (hereinafter "Mariner Finance") in this matter.

3. I have personal knowledge of the facts set forth herein.

4. I make this declaration in support of the *pro hac vice* application for Marianna C. Chapleau of Kirkland & Ellis LLP.

5. Mariner Finance requires the special admission of Ms. Chapleau because Kirkland & Ellis LLP has been lead counsel for Mariner Finance regarding the matters at issue in the Amended Complaint for over three years.

6. On January 16, 2026, Counsel for Plaintiffs advised via email that Plaintiffs have no objection to the admission of Ms. Chapleau.

7. I understand and confirm my continuing obligations under Section 1.K. of the Court's policies and procedures. I (or an attorney from my firm if appropriate) will sign all filings and I will be available and prepared (and present if appropriate) for all appearances and conferences. I will also be available at the Court's convenience to address anything related to the case.

8. I respectfully request that this Court enter an order admitting Ms. Chapleau *pro hac vice* in this action.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 16, 2026

_____
Daniel JT McKenna
Ballard Spahr LLP
1725 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8321
Fax: (215) 864-8999
McKennaD@ballardspahr.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARINER FINANCE, LLC, <br><br> Defendant. | Case No. 2:22-cv-03253-KBH |

### DECLARATION OF MARIANNA C. CHAPLEAU

I, Marianna C. Chapleau, declare pursuant to 28 U.S.C. § 1746:

1. I make this declaration in support of my application to be admitted to appear and participate in this matter *pro hac vice* on behalf of Defendant Mariner Finance, LLC.

2. I was admitted to practice by the bar of Illinois on October 31, 2013 and the bar of Florida on October 2, 2024.

3. I am an active member in good standing with each bar listed above.

4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of this case.

6.      If granted *pro hac vice* status, I will in good faith continue to advise counsel who moved for this *pro hac vice* admission, Daniel McKenna, of the current status of this case and of all material developments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026

_____
Marianna Chapleau

2