IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; STATE OF TENNESSEE, EX REL. JONATHAN SKRMETTI, ATTORNEY GENERAL AND REPORTER; AND STATE OF WISCONSIN,**<br>         **Plaintiffs,**<br><br>        v.<br><br>**MARINER FINANCE, LLC,**<br>         **Defendant.** | **CIVIL ACTION**<br><br>**NO. 22-3253** |

**O R D E R**

**AND NOW**, this 21st day of January, 2026, upon consideration of the Motions for *Pro Hac Vice* admission of Marianna C. Chapleau, Esquire (ECF 141) and Sarah J. Schultes, Esquire (ECF 142), the filing fees having been paid, **IT IS ORDERED** that the Motions for *Pro Hac*

*Vice* admission of Marianna C. Chapleau, Esquire (ECF 141) and Sarah J. Schultes, Esquire (ECF 142) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

                                                      **BY THE COURT:**

                                                    **/s/ Hon. Kelley B. Hodge**

                                                      **HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.