IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA *et al.*,

    Plaintiffs,

v.

MARINER FINANCE, LLC,

    Defendant.

Case No. 2:22-cv-03253-KBH
Hon. Kelley Brisbon Hodge

## NOTICE OF WITHDRAWAL OF APPEARANCE

The State of Wisconsin, by counsel, requests the Court grant leave to withdraw the appearance of Colin R. Stroud as counsel for the State of Wisconsin in the above-captioned matter.

The appearances of Laura McFarlane, Frances Kern, and Evan Steck on behalf of the State of Wisconsin remain in effect, and all pleadings, orders, and entries should be served on them.

Respectfully Submitted,

/s/ *Frances L. Kern*
FRANCES L. KERN (WI Bar No. 1141100)
Assistant Attorney General
State of Wisconsin
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-0764
Frances.Kern@wisdoj.gov

ATTORNEY FOR PLAINTIFF
STATE OF WISCONSIN