## CERTIFICATE OF SERVICE

      I certify that on January 26, 2026, the foregoing Notice of Withdrawal of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

                                                             /s/ *Frances L. Kern*
                                                             Frances L. Kern