IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARINER FINANCE, LLC, <br><br> Defendant. | Case No. 2:22-cv-03253-KBH <br> Hon. Kelley Brisbon Hodge <br><br> (Electronically Filed) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Plaintiff New Jersey, by counsel, pursuant to Local Civil Rule 5.1(b) requests the Court grant leave to withdraw the appearance of Deputy Attorney General Andrew F. Esoldi as counsel for Plaintiff New Jersey, acting by and through Acting Attorney General Jennifer Davenport, in the above captioned matter.

Deputy Attorney General Andrew Esoldi's withdrawal will not result in any delay, as Plaintiff New Jersey will continue to be represented by Deputy Attorneys General Zeyad A. Assaf, who entered an appearance on behalf of New Jersey on August 18, 2022 (*See* ECF No. 9) and Cathleen O'Donnell who was previously admitted *Pro Hac Vice* on behalf of New Jersey in this matter on March 21, 2025 (*See* ECF No. 122). All pleadings and other papers should be served upon Deputy Attorneys General Zeyad A. Assaf and Cathleen O'Donnell. Deputy Attorney General Andrew F. Esoldi should be removed as attorney of record for Plaintiff New Jersey.

Respectfully Submitted,

_/s/ Andrew F. Esoldi_____
Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
Newark, New Jersey 07102
Tel: (609)-696-5465
Email: Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiff New Jersey*

## CERTIFICATE OF SERVICE

      I, Andrew F. Esoldi, hereby certify that on January 29, 2026, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be filed electronically. It is available to all counsel of record for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

                                                                                          _/s/ Andrew F. Esoldi_

                                                                 Andrew F. Esoldi
                                                                 Deputy Attorney General
                                                                Antitrust Litigation and Competition Enforcement
                                                                124 Halsey Street, 5th Floor
                                                                P.O. Box 45029
                                                                Newark, New Jersey 07102
                                                                Tel: (609)-696-5465
                                                                Email: Andrew.esoldi@law.njoag.gov

                                                                *Attorney for Plaintiff New Jersey*