# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMM. OF PENNSYLVANIA, *et al.*,

                    Plaintiffs,

v.

MARINER FINANCE, LLC,

                    Defendant.

Case No. 2:22-cv-03253-KBH
Hon. Kelley Brisbon Hodge

## NOTICE OF APPEARANCE

To the Clerk of the Court:

      Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General.

                                    Respectfully Submitted,

KEVIN BENDESKY
Deputy Attorney General
PA Attorney I.D. No: 333946
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(717) 836-5682
kbendesky@attorneygeneral.gov

ATTORNEY FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA,
OFFICE OF ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I certify that on February 3, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

KEVIN BENDESKY
Deputy Attorney General
PA Attorney I.D. No: 333946
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(717) 836-5682
kbendesky@attorneygeneral.gov

ATTORNEY FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA,
OFFICE OF ATTORNEY GENERAL