IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mariner Finance, LLC, <br><br> Defendant. | Case No. 2:22-cv-03253-KBH <br> Hon. Kelley Brisbon Hodge <br><br> (Electronically Filed) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

  Attorney Michelle Alyea requests the Court grant leave to withdraw her appearance as counsel for the State of Indiana in the above-captioned matter as she is no longer employed by the State of Indiana.

  The appearances of Steven Taterka and Mary Powell, on behalf of the State of Indiana, remain in effect and all pleadings, orders and entries should be served on them.

               Respectfully Submitted,

               /s/ *Michelle Alyea*
               Michelle Alyea
               Indiana Atty. No. 30507-64
               Hofer Hagan LLP
               8888 Keystone Crossing, Suite 1300
               Indianapolis, IN 46240
               Michelle@hoferhagan.com

**CERTIFICATE OF SERVICE**

    I certify that on February 4, 2026, the foregoing Notice of Withdrawal of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

    /s/ *Michelle Alyea*
    Michelle Alyea
    Indiana Atty. No. 30507-64
    Hofer Hagan LLP
    8888 Keystone Crossing, Suite 1300
    Indianapolis, IN 46240
    Michelle@hoferhagan.com