## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, et al.,

        Plaintiffs,

        v.

MARINER FINANCE, LLC,

        Defendant.

Case No. 2:22-cv-03253-KBH
Hon. Kelley Brisbon Hodge

(Electronically Filed)

### NOTICE OF WITHDRAWAL OF APPEARANCE

      Plaintiff New Jersey, by counsel, pursuant to Local Civil Rule 5.1(b) requests the Court grant leave to withdraw the appearance of Deputy Attorney General Yale A. Leber as counsel for Plaintiff New Jersey, acting by and through Acting Attorney General Jennifer Davenport, in the above captioned matter.

      Deputy Attorney General Yale Leber's withdrawal will not result in any delay, as Plaintiff New Jersey will continue to be represented by Deputy Attorneys General Zeyad A. Assaf, who entered an appearance on behalf of New Jersey on August 18, 2022 (*See* ECF No. 9) and Cathleen O'Donnell who was previously admitted *Pro Hac Vice* on behalf of New Jersey in this matter on March 21, 2025 (*See* ECF No. 122). All pleadings and other papers should be served upon Deputy Attorneys General Zeyad A. Assaf and Cathleen O'Donnell. Deputy Attorney General Yale Leber should be removed as attorney of record for Plaintiff New Jersey.

                    Respectfully Submitted,

                    */s/ Yale A. Leber*
                    Yale A. Leber
                    Deputy Attorney General
                    Antitrust Litigation and Competition Enforcement
                    124 Halsey Street, 5th Floor
                    Newark, New Jersey 07102
                    Tel: (862) 381-4150
                    Email: Yale.Leber@law.njoag.gov
                    *Attorney for Plaintiff New Jersey*

## <u>CERTIFICATE OF SERVICE</u>

I, Yale A. Leber, hereby certify that on February 9, 2026, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be filed electronically. It is available to all counsel of record for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

_/s/ Yale A. Leber_
Yale A. Leber
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
Newark, New Jersey 07102
Tel: (862)-381-4150
Email: Yale.Leber@law.njoag.gov
_Attorney for Plaintiff New Jersey_