**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>MARINER FINANCE, LLC, <br><br>　　　　Defendant. | Case No. 2:22-cv-03253-KBH <br><br> **ORDER** |

**AND NOW**, this _____ day of February, 2026, it is hereby **ORDERED** that the Notice of Withdrawal of Appearance of Yale A. Leber as counsel for Plaintiff New Jersey is Granted and the appearance is **WITHDRAWN**. Counsel are reminded that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Kelley Brisbon Hodge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge