IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry; District of Columbia, through the Office of the Attorney General; Matthew J. Platkin, Attorney General of the State of New Jersey; State of Oregon, *ex rel.* Ellen F. Rosenblum, in her official capacity as Attorney General; and State of Washington,<br><br>      Plaintiffs,<br><br>      v.<br><br>Mariner Finance, LLC,<br><br>      Defendant. | Case No. 2:22-cv-03253-KBH<br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The State of Pennsylvania, by counsel, requests the Court grant leave to withdraw the appearance of Mary Powell as counsel for the State of Indiana, in the above-captioned matter.

The appearance of Steven Taterka, on behalf of the State of Indiana, remains in effect and all pleadings, orders and entries should be served on him.

                              Respectfully Submitted,

                              THEODORE E. ROKITA
                              INDIANA ATTORNEY GENERAL

                              By: */s/ Mary Powell*
                              Deputy Attorney General
                              Atty. No. 39087-32
                              Indiana Government Center South – 5th Fl.
                              302 W. Washington Street
                              Indianapolis, IN  46204-2770
                              Phone: (317) 232-4269
                              Fax: (317) 232-7979
                              Email:  Mary.Powell@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

By: */s/ Mary Powell*
Deputy Attorney General
Atty. No. 39087-32
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-4269
Fax: (317) 232-7979
Email:  Mary.Powell@atg.in.gov