IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA *et al.*,

    Plaintiffs,

    v.

MARINER FINANCE, LLC,

    Defendant.

Case No. 2:22-cv-03253-KBH
Hon. Kelley Brisbon Hodge

## NOTICE OF WITHDRAWAL OF APPEARANCE

The State of Wisconsin, by counsel, requests the Court grant leave to withdraw the appearance of Colin R. Stroud as counsel for the State of Wisconsin in the above-captioned matter.

The appearances of Laura McFarlane, Frances Kern, and Evan Steck on behalf of the State of Wisconsin remain in effect, and all pleadings, orders, and entries should be served on them.

    Respectfully Submitted,

    /s/ Colin R. Stroud

## CERTIFICATE OF SERVICE

I certify that on March 9, 2026, the foregoing Notice of Withdrawal of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

/s/Colin R. Stroud