**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**COMMONWEALTH OF PENNSYLVANIA,**
*et al.*,

       **Plaintiffs,**

       **Case No. 2:22-cv-03253-KBH**

       **v.**

       **Hon. Kelley Brisbon Hodge**

**MARINER FINANCE, LLC,**

       **Defendant.**

**<u>NOTICE OF WITHDRAWAL OF ALICIA DANIELS-HILL AS COUNSEL OF RECORD
FOR PLAINTIFF THE STATE OF TENNESSEE</u>**

       Pursuant to E.D. Pa. L.R. 5.1(b), Alicia Daniels-Hill hereby withdraws as counsel for Plaintiff, State of Tennessee, which will continue to be represented by Daniel Lynch with the Office of the Tennessee Attorney General.

       Respectfully Submitted,

       */s/ Alicia Daniels-Hill*
       Alicia Daniels-Hill
       Senior Assistant Attorney General
       TN BPR #: 040672
       Office of the Tennessee Attorney General
       P.O. Box 20207
       Nashville, Tennessee 37202
       615-253-3819
       alicia.daniels-hill@ag.tn.gov
       *Attorney for Plaintiff State of Tennessee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2026, a copy of the foregoing was filed electronically and will be sent by the electronic filing system to all parties indicated in the electronic filing receipt.

*/s/ Alicia Daniels-Hill*
Alicia Daniels-Hill
Senior Assistant Attorney General