IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; STATE OF TENNESSEE, EX REL. JONATHAN SKRMETTI, ATTORNEY GENERAL AND REPORTER; AND STATE OF WISCONSIN,** <br>             Plaintiffs, <br><br> v. <br><br> **MARINER FINANCE, LLC,** <br>             Defendant. | CIVIL ACTION <br><br> NO.  22-3253 |

# **O R D E R**

**AND NOW**, this 16th day of March, 2026, upon consideration of the Motions for *Pro Hac Vice* admission of Logan Starr, Esquire (ECF 156) and Gregory Nodler, Esquire (ECF 157), the filing fees having been paid, **IT IS ORDERED** that the Motions for *Pro Hac Vice* admission

of Logan Starr, Esquire (ECF 156) and Gregory Nodler, Esquire (ECF 157) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.