**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA,
*et al.*,

              Plaintiffs,

              v.

MARINER FINANCE, LLC,

              Defendant.

Case No. 2:22-cv-03253-KBH

Hon. Kelley Brisbon Hodge
(Electronically Filed)

<u>**JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES (ECF No. 135)**</u>

**NOW COMES**, all Plaintiffs, together with Defendant Mariner Finance, LLC (collectively, "the Parties"), by and through their undersigned counsel, hereby jointly move the Court to extend the case management deadlines set forth in the Court's June 24, 2025 Stipulated First Amended Scheduling Order (EFC No. 135) (the "Amended Scheduling Order"). In support of this Joint Motion, the Parties state as follows:

1.     The current case management deadlines in this case were jointly proposed by the Parties in the Joint Motion to Extend Case Management Deadlines and Modify Report of Rule 26(f) Meeting (ECF No. 134) and were entered by the Court in the Amended Scheduling Order.

2.     For the reasons set forth below, the Parties request that the Court modify the Amended Scheduling Order to provide additional time for discovery and other deadlines.

3.     The Second Amended Complaint was filed by 11 separate state attorneys general and includes 15 state and federal claims that implicate approximately 2 million loan transactions over the course of many years. (ECF No. 86.)

4.     Since the Amended Scheduling Order, the Parties have continued to work cooperatively and diligently to move fact discovery forward, including continued exchange of written discovery requests and interrogatories; Mariner's production of almost 1 million

documents; standing meet-and-confer sessions, approximately twice monthly; the continued production, analysis, and revision of complex data for nearly 2 million loans; 18 depositions; the collection, review and production of tens of thousands of customer call recordings; the identification and negotiation of privilege issues; and other ongoing discovery matters.

5.      To date, the parties have successfully navigated these complex discovery issues without having to seek Court intervention on any matter.

6.      The Parties have agreed to conduct depositions of 60 witnesses each, with the possibility of more if necessary, under the terms of the parties' Consumer Witness Protocol. (ECF No. 83 at p. 9.)

7.      Notwithstanding the Parties' efforts, they are jointly requesting an extension of the deadlines set forth in the Amended Scheduling Order, given the scope and complexity of the matter, the volume of outstanding discovery, and the amount of time necessary to complete written discovery, review and produce thousands of additional documents, complete depositions of more than 100 witnesses, prepare dispositive motions, and complete expert discovery.

8.      This is the Parties' second request to extend the case management deadlines.

9.      The requested modifications will not prejudice either Party or unduly delay resolution of the case.

10.     A Proposed Second Amended Scheduling Order is being filed with this Motion.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion and enter the (Proposed) Stipulated Second Amended Scheduling Order filed concurrently with this Motion.

Respectfully Submitted,

**FOR THE COMMONWEALTH OF PENNSYLVANIA:**

DAVID W. SUNDAY, JR.
Attorney General

*/s/ Nicholas F. B. Smyth*
NICHOLAS F. B. SMYTH (PA No. 307972)
Senior Deputy Attorney General
Assistant Director for Consumer Financial Protection
HEATHER Z. KELLY (PA No. 86291)
Senior Deputy Attorney General
KATHLEEN M. MACFEETERS (PA No. 334030)
MARY MULVIHILL (PA No. 332268)
KEVIN BENDESKY (PA No. 333946)
Deputy Attorneys General

Attorneys for Plaintiff Commonwealth of Pennsylvania
Office of Attorney General
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103
(412) 880-0475
nsmyth@attorneygeneral.gov
hkelly@attorneygeneral.gov
kmacfeeters@attorneygeneral.gov
mmulvihill@attorneygeneral.gov
kbendesky@attorneygeneral.gov

**FOR THE DISTRICT OF COLUMBIA:**

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

KEVIN VERMILLION
Director, Office of Consumer Protection

*/s/ Wendy J. Weinberg*

WENDY J. WEINBERG (#44560)
Senior Assistant Attorney General

Attorneys for Plaintiff District of Columbia
Office of Consumer Protection
Office of the Attorney General
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 717-1383
wendy.weinberg@dc.gov

**FOR THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

*/s/ Alexandra A. Golota*
ALEXANDRA A. GOLOTA, IL 6331355
MELISSA PIWOWAR, IL 6342502
Assistant Attorneys General, Consumer Fraud
Bureau

Attorneys for Plaintiff State of Illinois
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street
Chicago, IL 60603
(872) 272-0794
alexandra.golota@ilag.gov
melissa.piwowar@ilag.gov

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General

*/s/ Steven A. Taterka*
STEVEN A. TATERKA, IN 14160-49
Senior Deputy Attorney General

Attorney for Plaintiff State of Indiana
Office of the Indiana Attorney General
Consumer Protection Division
302 W. Washington Street
IGCS, 5th Floor
Indianapolis, IN 46204

(317) 232-0167
steven.taterka@atg.in.gov

**FOR THE STATE OF NEW JERSEY:**

JENNIFER DAVENPORT
Attorney General of New Jersey

*/s/ Cathleen O'Donnell*
CATHLEEN O'DONNELL, NJ 002311999
ZEYAD ASSAF, NJ 290002021

Deputy Attorneys General

Attorneys for Plaintiff State of New Jersey
New Jersey Office of the Attorney General
Division of Law
Consumer Fraud Prosecution Section
124 Halsey Street, Fifth Floor
Newark, NJ 07102
(862) 381-4150
zeyad.assaf@law.njoag.gov
cathleen.o_donnell@law.njoag.gov

**FOR THE STATE OF NEW YORK:**

LETITIA JAMES
Attorney General

*/s/ Benjamin C. Fishman*
BENJAMIN C. FISHMAN, NY 4489373
PATRICK GIBSON, NY 5267489
Assistant Attorneys General

Attorneys for Plaintiff State of New York
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8330
benjamin.fishman@ag.ny.gov

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General

*/s/ M. Lynne Weaver*
M. LYNNE WEAVER, NC 19397
Special Deputy Attorney General

Attorney for Plaintiff State of North Carolina
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6039
lweaver@ncdoj.gov

**FOR THE STATE OF OREGON:**

DAN RAYFIELD
Attorney General

*/s/ Joseph S. Ferretti*
JOSEPH S. FERRETTI, OSB 201944
Assistant Attorney General

Attorney for Plaintiff State of Oregon
Oregon Department of Justice
Civil Enforcement Division
Economic Justice Section
100 SW Market St., Fourth Floor
Portland, OR 97201
(971) 718-6066
joseph.ferretti@doj.oregon.gov

**FOR THE STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Daniel Lynch*

DANIEL LYNCH, TN BPR # 041933
Assistant Attorney General

Attorney for Plaintiff State of Tennessee
Antitrust and Scaled Industries Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee
615-532-5732
daniel.lynch@ag.tn.gov

**FOR THE STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General

*/s/ Madeline Davis Rigsby*
MADELINE DAVIS RIGSBY, WSBA #51261
HEIDI C. ANDERSON, WSBA #37603
MATTHEW GEYMAN, WSBA #17544
AARON J. FICKES, WSBA #51584
ASHLEY GOMEZ, WSBA #52093
LOGAN STARR (*pro hac vice* admission pending),
WSBA #55944
Assistant Attorneys General

Attorneys for Plaintiff State of Washington
Office of Attorney General, Consumer Protection
Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
heidi.anderson@atg.wa.gov
matt.geyman@atg.wa.gov
maddie.davisrigsby@atg.wa.gov
aaron.fickes@atg.wa.gov
ashley.gomez@atg.wa.gov
logan.starr@atg.wa.gov

**FOR THE STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General

*/s/ Frances L. Kern*

FRANCES L. KERN (WI Bar #1141100)
Assistant Attorney General

Attorney for Plaintiff State of Wisconsin
Wisconsin Department of Justice
17 W. Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0764
Frances.Kern@wisdoj.gov

By: KIRKLAND & ELLIS LLP

*/s/ Matthew Summers*
Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato, P.C. (admitted *pro hac vice*)
Matthew Summers (admitted *pro hac vice*)
Christopher B. Leach (admitted *pro hac vice*)
Sarah J. Schultes (admitted *pro hac vice*)
Marianna C. Chapleau (admitted *pro hac vice*)
601 Lexington Ave
New York, NY 10016
(212) 446-4800
atif.khawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com
matthew.summers@kirkland.com
christopher.leach@kirkland.com

BALLARD SPAHR LLP

*/s/ Daniel JT McKenna*
Daniel JT McKenna
Ballard Spahr LLP
1725 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8321
Fax: (215) 864-8999
McKennaD@ballardspahr.com

Dated: March 24, 2026