**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA,
*et al.,*

                Plaintiffs,

   v.

MARINER FINANCE, LLC,

                Defendant.

Case No. 2:22-cv-03253-KBH
Hon. Kelley Brisbon Hodge

(Electronically Filed)

---

**NOTICE OF WITHDRAWAL OF ATTORNEY**

---

**TO:**   **ALL PARTIES OF THE RECORD AND THEIR ATTORNEYS, and**

**TO:**   **THE CLERK OF THE ABOVE-ENTITLED COURT**

      YOU, AND EACH OF YOU, will please take notice that Aaron Fickes hereby withdraws as an attorney of record in the above-entitled action, effective immediately. The State of Washington continues to be represented in this matter by Heidi Anderson, Matthew Geyman, Madeline Davis Rigsby, Ashley Gomez, and Logan Starr.

      DATED this 6th day of April, 2026.

                           NICHOLAS W. BROWN
                           Attorney General

                           *s/ Aaron Fickes*
                           AARON FICKES, WSBA #51584
                           Assistant Attorney General
                           Attorneys for Plaintiff, State of Washington
                           800 Fifth Avenue, Suite 2000
                           Seattle, WA 98104
                           206-464-7744

1

## CERTIFICATION OF SERVICE

I, Aaron Fickes, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was served upon all counsel of record who are deemed to have consented to electronic filing through the Court's CM/ECF system on this 6th day of April, 2026.

s/ Aaron Fickes
AARON FICKES, WSBA #51584
Assistant Attorney General
Office of Attorney General
Consumer Protection Division

*Attorney for Plaintiff State of Washington*

2