**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Commonwealth of Pennsylvania, *et al*, | |
| Plaintiffs, | |
| v. | Case No. 2:22-cv-03253-KBH<br>Hon. Kelley Brisbon Hodge |
| Mariner Finance, LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF STEVEN A TATERKA AS COUNSEL OF RECORD
FOR PLAINTIFF STATE OF INDIANA**

Pursuant to E.D. Pa. L.R. 5.1(b), Steven Taterka hereby withdraws as counsel for the Plaintiff, State of Indiana, which will continue to be represented by Brady Quackenbush, with the Office of the Indiana Attorney General.

Respectfully Submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL

By: */s/ Steven Taterka*
Senior Deputy Attorney General
Atty. No. 14160-49
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-0167
Fax: (317) 232-7979
Email:  Steven.Taterka@atg.in.gov

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2026, a copy of the foregoing was filed electronically through the Court's CM/ECF system and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

By: */s/ Steven Taterka*
Senior Deputy Attorney General
Atty. No. 14160-49
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-0167
Fax: (317) 232-7979
Email:  Steven.Taterka@atg.in.gov