**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARINER FINANCE, LLC, <br><br> Defendant. | Case No. 2:22-cv-03253-KBH <br><br> Hon. Kelley Brisbon Hodge <br><br> **ECF Case** |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER**
**BETWEEN PLAINTIFF STATE OF TENNESSEE AND**
**MARINER FINANCE, LLC AND DISMISSAL**

Plaintiff State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter (the "Attorney General"), and Defendant Mariner Finance, LLC ("Mariner," together with the Attorney General, "the Parties"), by and through their respective undersigned counsel, hereby file this Joint Motion for Entry of Consent Judgment and Order Resolving all Claims brought by the State of Tennessee against Mariner Finance, LLC, pursuant to the Federal Rules of Civil Procedure and the settlement agreed upon between the Parties.

In support thereof, the Parties state as follows:

1. The Attorney General, along with ten other State Attorneys General, filed their Second Amended Complaint on April 1, 2024, alleging, among other things, that Mariner violated the Consumer Financial Protection Act of 2010 and other consumer protection laws.

2. The Parties have reached a settlement to resolve the Attorney General's claims asserted against Mariner in the Second Amended Complaint. The Attorney General and Mariner recognize and state that the settlement is entered into voluntarily and without any degree

of duress or compulsion.

3.  As part of this settlement, the Parties have stipulated to the entry of a Consent Judgment and Order resolving all claims brought by the State of Tennessee against Mariner. The stipulated Consent Judgment and Order is attached hereto as **Exhibit A.**

4.  The Parties respectfully request that this Court enter the Consent Judgment and Order and maintain jurisdiction as necessary to enforce its terms, including the conduct provisions, consumer redress obligations, and all other requirements set forth therein.

5.  The Attorney General further requests that the claims brought by the State of Tennessee against Mariner be dismissed with prejudice, subject to this Court retaining jurisdiction over disputes regarding the Parties' compliance with the Consent Judgment.

Dated: May 8, 2026

Respectfully submitted,

**STATE OF TENNESSEE**

JONATHAN SKRMETTI
Attorney General and Reporter

By:   */s/ Daniel Lynch*
Daniel Lynch (admitted *pro hac vice*)
Assistant Attorney General
Antitrust and Scaled Industries Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-5732
Daniel.Lynch@ag.tn.gov

*Attorney for Plaintiff State of Tennessee*

**KIRKLAND & ELLIS LLP**

By:   */s/ Christopher B. Leach*
Lisa Madigan
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2374
lisa.madigan@kirkland.com

Christopher B. Leach (admitted *pro hac vice*)
1301 Pennsylvania Ave, NW
Washington, DC 20004
(202) 389-3457
christopher.leach@kirkland.com

Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato (admitted *pro hac vice*)
601 Lexington Ave
New York, NY 10016
(212) 446-4800
akhawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com

3

**HUDSON COOK, LLP**
Lucy E. Morris (admitted *pro hac vice*)
A. James Chareq (admitted *pro hac vice*)
Julia K. Whitelock (admitted *pro hac vice*)
Robert D. Tilley (admitted *pro hac vice*)
1909 K Street, NW, 4th Floor
Washington, DC 20006
202.327.9710 / 202.327.9711
lmorris@hudco.com
jchareq@hudco.com
jwhitelock@hudco.com
rtilley@hudco.com
*Attorneys for Defendant Mariner Finance, LLC*

4

## CERTIFICATE OF SERVICE

I, Daniel Lynch, certify that on this 8th day of May 2026, I caused the foregoing document to be served on all counsel of record by CM/ECF, where it is available for viewing and downloading.

/s/ Daniel Lynch
Daniel Lynch (admitted *pro hac vice*)
Assistant Attorney General
Antitrust and Scaled Industries Division
Office of the Tennessee Attorney General