IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Comm. of Pennsylvania, et al. | : | Case Number: 2:22-cv-03253-KBH |
|  | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Mariner Finance, LLC | : |  |
|  | : |  |

ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐    GRANTED.  The Clerk is DIRECTED to add __Rose Stern_____, Esquire as counsel for

__State of Washington_____. __Rose Stern____ is DIRECTED to request ECF filing access

using their PACER Account[1].

☐    DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:22-cv-03253-KBH

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, <u>MOVANT'S STATEMENT</u>

I, Rose Stern the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent State of Washington. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| Washington | 10/22/2018 | 54282 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* State of Washington

*Name of Attorney:* Rose Stern

*Firm Address:* 800 5th Avenue, Suite 2000, Seattle, WA 98104

*Telephone Number:* 206-389-3862

*Email Address:* rose.stern@atg.wa.gov

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 5/7/2026                      /s/ Rose Stern
    *(Date)*                                      *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Rose Stern</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Kathleen M. MacFeeters | *Kathleen M. MacFeeters* | 9/17/2024 | 334030 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Pennsylvania Office of Attorney General

1600 Arch Street, Third Floor, Philadelphia, PA 19103

717-346-5055

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on <u>5/13/2026</u>                      *Kathleen M. MacFeeters*

      *(Date)*                                      *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Comm. of Pennsylvania, et al.  :  Case Number: 2:22-cv-03253-KBH

                    :

                    :

      v.              :

                    :

Mariner Finance, LLC  :

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Rose Stern__ ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

    via ECF to all counsel of record.

*Kathleen M. MacFeeters*
_____
(Signature of Attorney)

Kathleen M. MacFeeters
_____
(Name of Attorney)

Commonwealth of PA
_____
(Name of Moving Party)

5/13/2026
_____
(Date)