**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARINER FINANCE, LLC, <br> Defendant. | Case No. 2:22-cv-03253-KBH <br><br> Hon. Kelley Brisbon Hodge <br> (Electronically Filed) |

## STIPULATED EXTENSION OF TIME TO RESPOND TO DEFENDANT'S THIRD SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR ADMISSION

**COMES NOW** Plaintiff, the State of Indiana, and Defendant, Mariner Finance, LLC, and hereby notify the Court of the following stipulation with respect to Plaintiff State of Indiana's deadline to file its response to Defendant's Third Set of Interrogatories and First Set of Requests for Admission:

1. Plaintiff State of Indiana's current deadline to file its response to Defendant's Third Set of Interrogatories and First Set of Requests for Admission is July 8, 2026.

2. Plaintiff State of Indiana is currently engaged in settlement negotiations with Defendant, which are likely to conclude within thirty (30) days.

3. Accordingly, the parties stipulate and agree that Plaintiff State of Indiana's response deadline to Defendant's Third Set of Interrogatories and First Set of Requests for Admission should be extended to and including August 7, 2026.

4. This stipulation does not apply to and has no bearing on the discovery obligations of any plaintiff states other than Indiana.

So stipulated,

Dated: __7/8/2026_____                 **FOR THE STATE OF INDIANA:**


TODD ROKITA
Attorney General

*/s/* Brady Quackenbush_____
BRADY QUACKENBUSH, IN 37730-30
Deputy Attorney General

Attorney for Plaintiff State of Indiana
Office of the Indiana Attorney General
Consumer Protection Division
302 W. Washington St.
IGCS, 5th Floor
Indianapolis, IN 46204
(317) 234-1062
brady.quackenbush@atg.in.gov


Dated: _____7/8/2026_____                 By: KIRKLAND & ELLIS LLP


*/s/ Atif Khawaja*
Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato (admitted *pro hac vice*)
601 Lexington Ave
New York, NY 10016
(212) 446-4800
atif.khawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com


Dated: _____7/8/2026_____                 By: HUDSON COOK, LLP

*/s/ Lucy E. Morris*
Lucy E. Morris (admitted pro hac vice)
A. James Chareq (admitted pro hac vice)
Julia K. Whitelock (admitted pro hac vice)
Robert D. Tilley (admitted pro hac vice)
1909 K Street, NW, 4th Floor
Washington, DC 20006
(202) 327-9710 / (202) 327-9711

lmorris@hudco.com
jchareq@hudco.com
jwhitelock@hudco.com
rtilley@hudco.com

BALLARD SPAHR LLP

Daniel JT McKenna
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8321
mckennad@ballardspahr.com
Attorneys for Defendant Mariner Finance, LLC

*Attorneys for Defendant*


Dated: _____          BY THE COURT



                                _____, J.