IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania, et al.      :          Case Number: 2:22-cv-03253-KBH
                                          :                        _____
                                          :
                                          :
              v.                          :
                                          :
   Mariner Finance, LLC                   :
                                          :

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[   ]   GRANTED.  The Clerk is DIRECTED to add ___Dayron Silverio___, Esquire as counsel for

___Mariner Finance, LLC___.  ___Dayron Silverio___ is DIRECTED to request ECF filing access

using their PACER Account[1].

[   ]   DENIED.

                                        _____
                                                                          , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:22-cv-03253-KBH

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, _____ Dayron Silverio _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent ___ Mariner Finance, LLC ___. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| Florida | 9/24/2014 | 112174 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| SDFL | 11/2/2015 | 112174 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| MDFL | 11/6/2024 | 0112174 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for__ Mariner Finance, LLC _____

Name of Attorney:__ Dayron Silverio _____

Firm Address:__ 830 Brickell Plaza, Miami, FL 33131 _____

Telephone Number:__ (305) 432-5840 _____

Email Address:__ dayron.silverio@kirkland.com _____

I declare under penalty of perjury that the foregoing is true and correct

Executed on ___ July 8, 2026 _____         _____
         (Date)                                    (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Dayron Silverio_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Daniel JT McKenna | | 2005 | 93930 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Ballard Spahr, LLP

1735 Market Street, 51st Floor, Philadelphia, PA 19103

Tel: (215) 864-8321

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on ___July 14, 2026_____
       *(Date)*                                *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania, et al.       :       Case Number: __2:22-cv-03253-KBH__

                                           :

                                           :

                  v.                        :

                                           :

Mariner Finance, LLC       :

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of ___Dayron Silverio___,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

                                          _____
                                          (Signature of Attorney)

                                          __Daniel JT McKenna_____
                                          (Name of Attorney)

                                          __Mariner Finance, LLC_____
                                          (Name of Moving Party)

                                          ____June 14, 2026_____
                                          (Date)