**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARINER FINANCE, LLC, <br><br> Defendant. | Case No. 2:22-cv-03253-KBH |

## DECLARATION OF DAYRON SILVERIO

I, Dayron Silverio, declare pursuant to 28 U.S.C. § 1746:

1.      I make this declaration in support of my application to be admitted to appear and participate in this matter *pro hac vice* on behalf of Defendant Mariner Finance, LLC.

2.      I was admitted to practice by the bar of Florida on September 24, 2014.

3.      I am an active member in good standing with the bar listed above.

4.      I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5.      I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of this case.

6.    If granted *pro hac vice* status, I will in good faith continue to advise counsel who moved for this *pro hac vice* admission, Daniel McKenna, of the current status of this case and of all material developments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2026            /s/            _____
                                                    Dayron Silverio