## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,
*et al.*,

               Plaintiffs,

v.

MARINER FINANCE, LLC,

               Defendant.

Case No. 2:22-cv-03253-KBH

### DECLARATION OF DANIEL JT MCKENNA IN SUPPORT OF MOTION
### FOR ADMISSION PRO HAC VICE

DANIEL JT MCKENNA, of full age, certifies as follows:

1. I am an attorney at law in the Commonwealth of Pennsylvania, a member in good standing of the bar of this Court, and a partner of the firm of Ballard Spahr, LLP, located at 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

2. I have appeared as counsel to Defendant Mariner Finance, LLC (hereinafter "Mariner Finance") in this matter.

3. I have personal knowledge of the facts set forth herein.

4. I make this declaration in support of the *pro hac vice* application for Dayron Silverio of Kirkland & Ellis LLP.

5. Mariner Finance requires the special admission of Mr. Silverio because Kirkland & Ellis LLP has been lead counsel for Mariner Finance regarding the matters at issue in the Amended Complaint for over three years.

6.        On July 8, 2026, Counsel for Plaintiffs advised via email that Plaintiffs have no objection to the admission of Mr. Silverio.

7.        I understand and confirm my continuing obligations under Section 1.K. of the Court's policies and procedures. I (or an attorney from my firm if appropriate) will sign all filings and I will be available and prepared (and present if appropriate) for all appearances and conferences. I will also be available at the Court's convenience to address anything related to the case.

8.        I respectfully request that this Court enter an order admitting Mr. Silverio *pro hac vice* in this action.

9.        I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 14, 2026

*/s/ Daniel JT McKenna*

Daniel JT McKenna
Ballard Spahr LLP
1725 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8321
Fax: (215) 864-8999
McKennaD@ballardspahr.com