### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; AND STATE OF WISCONSIN,** Plaintiffs, v. **MARINER FINANCE, LLC,** Defendant. | **CIVIL ACTION** <br><br> **NO.  22-3253** |

## O R D E R

**AND NOW**, this 20th day of June, 2026, upon consideration of the Motion for *Pro Hac Vice* admission of Dayron Silverio, Esquire (ECF 177), the filing fee having been paid, **IT IS**

**ORDERED** that the Motion for *Pro Hac Vice* admission of Dayron Silverio, Esquire (ECF 177)

is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at
https://www.paed.uscourts.gov/nextgen-cmecf.