**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr>
<td>

COMMONWEALTH OF PENNSYLVANIA,
*et al.*,

          Plaintiffs,

v.

MARINER FINANCE, LLC,

          Defendant.

</td>
<td>

Case No. 2:22-cv-03253-KBH

Hon. Kelley Brisbon Hodge
(Electronically Filed)

</td>
</tr>
</table>

## DEFENDANT'S MOTION TO COMPEL

Defendant Mariner Finance, LLC ("Mariner" or "Defendant"), by and through its undersigned counsel, hereby moves the Court for an Order compelling Plaintiffs to produce their full, unredacted communications with Mariner's customers, including the draft affidavits sent to customers.

In support of this Motion, Mariner relies on the attached Memorandum of Law and Proposed Order.

July 23, 2026

Respectfully submitted,

By: KIRKLAND & ELLIS LLP

*/s/ Atif Khawaja*

Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato (admitted *pro hac vice*)
Sarah J. Schultes (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

1

atif.khawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com
sarah.schultes@kirkland.com

Christopher B. Leach (admitted *pro hac vice*)
1301 Pennsylvania Avenue
Washington, D.C. 20004
(202) 389-5000
christopher.leach@kirkland.com

Matthew Summers (admitted *pro hac vice*)
2049 Century Park East
Los Angeles, California 90067
(310) 552-4200
matthew.summers@kirkland.com

Marianna C. Chapleau (admitted *pro hac vice*)
Dayron Silverio
830 Brickell Plaza
Miami, Florida 33131
(305) 432-5600
mchapleau@kirkland.com
Dayron.silverio@kirkland.com

By: BALLARD SPAHR LLP

*/s/ Daniel JT McKenna*
Daniel JT McKenna
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8321
mckennad@ballardspahr.com

*Attorneys for Defendant Mariner Finance, LLC*