**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>          Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

## CERTIFICATION OF COUNSEL

Counsel for Defendant Mariner Finance, LLC hereby certifies that they met and conferred with counsel for Plaintiffs on June 16, 2026, and the parties could not agree on resolution of this issue.

BY:   */s/ Atif Khawaja*
           Atif Khawaja, P.C. (admitted *pro hac vice*)
           601 Lexington Avenue
           New York, New York 10022
           (212) 446-4800
           atif.khawaja@kirkland.com
           *Attorney for Defendant Mariner Finance, LLC*