# EXHIBIT 1

| | |
|---|---|
| **From:** | Customer Relations |
| **To:** | Jason Risk |
| **Subject:** | FW: Follow up re Mariner Finance Jose Hernandez 3003-15680 |
| **Date:** | Tuesday, June 2, 2026 9:17:05 AM |
| **Attachments:** | image001.png |

Jason,

Branch 3003 in Vineland, NJ received the email below from current customer Jose Hernandez. Forwarding to you for awareness.

**From:** ContactUs <contactus@marinerfinance.com>
**Sent:** Monday, June 1, 2026 8:53 PM
**To:** Customer Relations <customerrelations@marinerfinance.com>
**Subject:** Fw: Follow up re Mariner Finance

-KH

**From:** 25sanch <25sanch@gmail.com>
**Sent:** Monday, June 1, 2026 5:33 PM
**To:** ContactUs
**Subject:** FW: Follow up re Mariner Finance

**[External Content] This message is from an external source. Please exercise caution when opening attachments or links.**



Sent from my Galaxy

-------- Original message --------

From: Tina Taboada <Tina.Taboada@law.njoag.gov>
Date: 6/1/26 2:29 PM (GMT-05:00)
To: 25sanch@gmail.com
Cc: Renee Salikram <SalikramR@dca.njoag.gov>
Subject: Follow up re Mariner Finance

Mr. Hernandez,

This is in follow up to my voicemail. My name is Tina Taboada and I am Deputy Attorney General with the New Jersey Attorney General's Office. Our office is reaching out regarding your past experiences with Mariner Finance. Our office is currently investigating and in litigation regarding their business practices.

Please let us know if there any reason you would be prevented from speaking to us – such as settlement agreement or a Non-Disclosure Agreement relating to a lawsuit you had with Mariner Finance.

If not, we would like to discuss this matter with you further. Please let me know your availability over the next two weeks for a call. We have availability as soon as tomorrow.

Sincerely,



Tina E. Taboada
Deputy Attorney General
Division of Law
124 Halsey St
Newark, NJ 07101
Office: 609-696-5363
Fax: 973-648-3879
https://www.njoag.gov

CONFIDENTIALITY NOTICE: The information contained in this communication from the New Jersey Office of the Attorney General may be privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use

of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.