# EXHIBIT 2

## FW: FW: Draft declaration from PA Office of Attorney General (AmyRager)

**From:**         "Smyth, Nicholas F.B." <nsmyth@attorneygeneral.gov>
**To:**           "Oleckna, Lauren" <loleckna@attorneygeneral.gov>, missamynoel400@gmail.co
**Date:**         Wed, 02 Jun 2021 10:11:08 -0400
**Attachments:**  Draft Declaration of Amy Rager 5.27.docx (17.6 kB)

Ms. Rager,

I just wanted to follow up about the declaration. When you get a chance to sign and return it, that would be a big help. You can just type "/s/ Amy Rager" on the signature line and that will suffice.

Thanks,
Nick

---

**From:** Smyth, Nicholas F.B.
**Sent:** Thursday, May 27, 2021 10:35 AM
**To:** Amy Rager
**Subject:** RE: FW: Draft declaration from PA Office of Attorney General (Amy Rager)

Ms. Rager,
Thanks for the update. I am attaching an updated Declaration. If you wouldn't mind signing it (e-sign is fine - simply /s/ and your Name) that would be great.
We can always update it again if you learn more when you go to cancel.

## Attorney Work Product

Regards,
Nick

---

**From:** Amy Rager [missamynoel400@gmail.com]
**Sent:** Thursday, May 27, 2021 7:32 AM
**To:** Smyth, Nicholas F.B.
**Subject:** Re: FW: Draft declaration from PA Office of Attorney General (Amy Rager)

Good morning! I apologize for not replying sooner, but I've had some family issues. The only edit I can see is in #16, the loan officer was female and it does say "he". I have not been able to cancel the policies yet, I was informed that I need to go the whole way back to the office just to sign a form stating I want to cancel the policy. In which the drive is 51 minutes from my house, so I had to wait for a day that I could make the drive. I will be in touch with them today, as I have the time to do so. Then I will let you know if they try to talk me out of it or what happens exactly. Thanks for your patience and understanding!
Talk to you soon!
-Amy

On Mon, May 24, 2021, 1:38 PM Smyth, Nicholas F.B. <nsmyth@attorneygeneral.gov> wrote:

Dear Ms. Rager,
I hope you had a nice weekend. I just wanted to follow up to see if you'd had a chance to review the declaration and if you have any edits. Feel free to call me to provide your feedback if that's easier: 412-260-8342. Or let me know a good time when I could call you.

Thanks,
Nick

---

**From:** Smyth, Nicholas F.B.
**Sent:** Thursday, May 20, 2021 2:17 PM
**To:** 'MISSAMYNOEL400@GMAIL.COM'
**Cc:** Oleckna, Lauren; Ritzman, Melissa M.
**Subject:** Draft declaration from PA Office of Attorney General (Amy Rager)


Dear Ms. Rager,

Thank you so much for speaking with us on April 27. We drafted up a declaration that summarizes what you told us about your interactions with Mariner. Would you mind reviewing it and sending us any edits or additions you want to make?

## Attorney Work Product

Feel free to give me or Lauren a call if you have any questions.

Thanks,
Nick

412-260-8342 (cell)

Senior Deputy Attorney General

Assistant Director for Consumer Financial Protection

PA Office of Attorney General

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG


This message has been scanned for malware by Websense. www.websense.com


Click here to report this email as spam.