# EXHIBIT 3

**From:** "Andrew Esoldi" <Andrew.Esoldi@law.njoag.gov>
**To:** "suzhay99@yahoo.com" <suzhay99@yahoo.com>
**Cc:** "Yale Leber" <Yale.Leber@law.njoag.gov>, "Zeyad Assaf" <Zeyad.Assaf@law.njoag.gov>, "Kenya Mutyanda" <MutyandaK@dca.njoag.gov>
**Subject:** RE: [EXTERNAL] June 27,2021 Mariner Finance
**Date:** Tue, 17 Aug 2021 19:25:12 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.jpg; image003.jpg; image004.jpg; image005.jpg

---

No it is not held against you. But I will just reiterate that by providing a signed certification you are lending credibility to many other consumers who, like you, have been harmed by Mariner's deceptive practices.

Thank you,

Andrew

Andrew F. Esoldi | Attorney – Special Services
State of New Jersey  | Office of the Attorney General
Division of Law | Consumer Fraud Prosecution Section
124 Halsey Street | 5th Floor | Newark, NJ 07102
Andrew.Esoldi@law.njoag.gov

PRIVILEGED     CONFIDENTIAL

**From:** Suzanne Hayduck <suzhay99@yahoo.com>
**Sent:** Tuesday, August 17, 2021 2:55 PM
**To:** Andrew Esoldi <Andrew.Esoldi@law.njoag.gov>
**Subject:** RE: [EXTERNAL] June 27,2021 Mariner Finance

If I decline to signing this certification, is this held against me?

Ms. Hayduck

Sent from Yahoo Mail on Android

On Tue, Aug 17, 2021 at 2:02 PM, Andrew Esoldi
<Andrew.Esoldi@law.njoag.gov> wrote:

> Hi Ms. Hayduck,
>
> Sure no problem. The drafting of a certification would be in your name, outlining what happened to you in your dealings with Mariner, according to notes taken during your interview. Once that draft is complete, we will send you a copy and give you the opportunity to fix errors or suggest additional facts you think ought to be included. Once that process is complete, we will ask you to sign it and return a scanned copy to our office. Please see my August 5th email below.
>
> Thank you,
>
> Andrew
>
> Andrew F. Esoldi | Attorney – Special Services
> State of New Jersey  | Office of the Attorney General
>
> Division of Law | Consumer Fraud Prosecution Section
> 124 Halsey Street | 5th Floor | Newark, NJ 07102
> Andrew.Esoldi@law.njoag.gov
>
> PRIVILEGED     CONFIDENTIAL
>
> **From:** Suzanne Hayduck <suzhay99@yahoo.com>
> **Sent:** Tuesday, August 17, 2021 1:51 PM
> **To:** Andrew Esoldi <Andrew.Esoldi@law.njoag.gov>
> **Subject:** RE: [EXTERNAL] June 27,2021 Mariner Finance
>
> Good Afternoon Mr. Esoldi,

Just one question before signing a certification.

What does it entail?


Thank You,

Ms. Hayduck



Sent from Yahoo Mail on Android


On Tue, Aug 17, 2021 at 1:01 PM, Andrew Esoldi

<Andrew.Esoldi@law.njoag.gov> wrote:

Dear Ms. Hayduck,


I am just following up from the New Jersey Attorney General's Office regarding your loan with Mariner Finance. Per my email below, we would like to ask if you are willing to sign a certification. We welcome and invite any questions that you may have and look forward to hearing from you.


Sincerely,


Andrew F. Esoldi | Attorney – Special Services
State of New Jersey  | Office of the Attorney General

Division of Law | Consumer Fraud Prosecution Section
124 Halsey Street | 5th Floor | Newark, NJ 07102
Andrew.Esoldi@law.njoag.gov


PRIVILEGED    CONFIDENTIAL



---

**From:** Andrew Esoldi
**Sent:** Thursday, August 5, 2021 10:57 AM
**To:** suzhay99@yahoo.com
**Cc:** Yale Leber <Yale.Leber@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Kenya Mutyanda <MutyandaK@dca.njoag.gov>
**Subject:** RE: [EXTERNAL] June 27,2021 Mariner Finance


Dear Ms. Hayduck:

As you may recall, our office conducted an interview with you on June 23, 2021 related to the loan and/or loans you received from Mariner Finance, LLC. The New Jersey Office of the Attorney General, Division of Consumer Affairs continues to gather facts surrounding Mariner Finance, LLC and its lending practices in this state. We'd like to thank you again for your time and for the invaluable information you've provided this office.

As you also may recall, during your interview, you agreed to sign a "certification" – a document that formalizes the information you provided in your interview so that it may be used in a legal proceeding. However, before we draft and finalize your certification, we kindly ask that you reply to this email, confirming your continued willingness to sign a certification in connection with this case.

If you are willing to do so, we will proceed with drafting a certification in your name, outlining what happened to you in your dealings with Mariner, according to notes taken during your interview. Once that draft is complete, we will send you a copy and give you the opportunity to fix errors or suggest additional facts you think ought to be included. Once that process is complete, we will ask you to sign it and return a scanned copy to our office.

Unfortunately, at this stage of the investigation, we cannot guarantee with 100% certainty that you will be awarded restitution or recovery of any funds Mariner may have unlawfully obtained from you. That being said, however, we can say for certain that by providing a signed certification you are lending credibility to many other consumers who, like you, have been harmed by Mariner's deceptive practices.

We welcome and invite any questions that you may have and look forward to hearing from you soon.

Thanks,

Andrew


Andrew F. Esoldi | Attorney – Special Services
State of New Jersey  | Office of the Attorney General

Division of Law | Consumer Fraud Prosecution Section
124 Halsey Street | 5th Floor | Newark, NJ 07102
Andrew.Esoldi@law.njoag.gov

PLTS_00012465

PRIVILEGED  CONFIDENTIAL

**From:** Suzanne Hayduck <suzhay99@yahoo.com>
**Sent:** Sunday, June 27, 2021 3:46 PM
**To:** Andrew Esoldi <Andrew.Esoldi@law.njoag.gov>
**Subject:** [EXTERNAL] June 27,2021 Mariner Finance

Hello Mr. Esoldi,

Attached you will find documents of my loan (s) with Mariner Finance.

Yes I used the office in Edison, 1090 Amboy Ave C4, Edison, Nj.

Also, I had cancelled Auto Plus Plan back on Jan. 22, 2019.

Kind regards,

Ms. Suzanne Hayduck

PLTS_00012466

## ENROLLMENT AUTHORIZATION

| Last Name of Proposed Member | | First | Middle | Age | ☐ Male | Plan |
|---|---|---|---|---|---|---|
| HAYDUCK | | SUZANNE | | 57 | ☒ Female | ☒ The Auto Plus Plan |

Mailing Address: 1207 Cherokee Rd    Street Number or Rural Route    Apt. No.

| City | State | Zip Code | Term |
|---|---|---|---|
| North Brunswick | NJ | 08902-1625 | ☐ 1 Yr.  ☒ 2 Yrs.  ☐ 3 Yrs.  ☐ 5 Yrs. |

Telephone No. ( 732 ) 791-7731    Date of Birth 6/5/1961    Do You Own An Automobile ☒ Yes ☐ No

E-Mail Address: SUZHAY99@YAHOO.COM    Valid Driver's License ☒ Yes ☐ No    Membership Fee $ 379.95

Provide the following if applicable:    Full Name of Spouse    Date of Birth    Age    Membership Material Language ☒ English ☐ Spanish

| First Child's Name | Date of Birth | Age | Second Child's Name | Date of Birth | Age |
|---|---|---|---|---|---|
| Third Child's Name | Date of Birth | Age | Fourth Child's Name | Date of Birth | Age |

Enclose payment and/or fill in charge card number to charge your membership fee.    ☐ MasterCard  ☐ VISA  ☐ Discover Card  ☐ Amex    Card Expiration Date

The Plan will be effective on the Enrollment date and is continuous for the term selected subject to cancellation by either party, at any time, upon written notice to the other. I desire to purchase the Plan as indicated above.

Enrollment Date: Mo. 09    Day 27    Year 2018    Proposed Member's Signature *[signature]*

Branch complete before submitting    St. NJ    Co. 002703    Br. 003005    Representative ID # 0000030050    Representative Signature *[signature]*

2016 SL ENROLL    BRANCH (Original) CUSTOMER (Copy)    07/16

### DISCLOSURE STATEMENT

THE PLAN IS ADMINISTERED BY, OR PROVIDED THROUGH THE AMERICAN TRAVELER MOTOR CLUB, INC.

**I AM VOLUNTARILY PROVIDING PERSONAL INFORMATION AND REQUESTING A MEMBERSHIP PLAN FOR A FEE AND TERM AS DESCRIBED ABOVE. I UNDERSTAND THAT PURCHASE OF THE PLAN IS NOT REQUIRED IN ORDER TO OBTAIN A LOAN.**

from Mariner Finance _____, the Lender,

located at: 1090 AMBOY AVENUE, SUITE C-4 EDISON, NJ ( Lender's Phone ( 732    902-6333 )

I understand that I can pay the fee in cash, or by personal check, money order, or credit card, or that I can authorize the Lender to finance the fee. The method of payment does not affect the amount of the fee.

I understand that I will have thirty one (31) days from the date I become a member of the Plan to cancel my membership. If I cancel within thirty one (31) days from the date I become a member of the Plan, I will receive a full refund (or credit, if paid by credit card) of the fee without any deductions. If I cancel after thirty one (31) days, I understand that I will receive a refund of the unused portion of the dues paid for the Plan calculated on a pro-rata basis.

I understand that no claims or other membership benefits will be paid to the Lender.

I understand that the company which administers the Plan I am purchasing is not affiliated with the Lender. I understand that the Lender does not act as an agent, broker or fiduciary for me in the purchase of the membership plan. However, the Lender, an employee of the Lender or an affiliate of the Lender may realize some benefit from the sale of the membership plan.

**I HAVE READ AND RECEIVED A COPY OF THIS STATEMENT.**

Date 9/27/2018    Signature (Proposed Member) *[signature]*

Hawaii, Texas, and Virginia residents please see the reverse for important information.    07/16

2016 SL ENROLL



SUZANNE HAYDUCK
1207 Cherokee Rd
North Brunswick, NJ 08902-1625

Dear SUZANNE HAYDUCK,

Welcome to **The Auto Plus Plan**, brought to you by **Mariner Finance**! We're so happy to have you as a member!

**The Auto Plus Plan** is here for you whenever you may need us. We take great pride in providing you the most co roadside assistance available, while also providing savings on every day expenses. Our goal is to help you save e money that your membership at least pays for itself!

Enjoying your membership is as easy as 1, 2, 3!

1. **Log on to www.autoplusplan.com**
   Use your membership number to access all of the
   benefit details and valuable information for new members.

2. **Start Saving Money Today!**
   Download a coupon for dinner, or to treat your kids to a movie tonight.
   Need new tires? We've got that covered, too!

3. **Download the Auto Plus Plan App!**
   Get on-the-go access to all of your Auto Repair discounts
   and MySavers Entertainment coupons – plus your mobile member card!

We are dedicated to providing you with outstanding value and service backed by our 100% money-back guarantee. If not completely satisfied with the Plan within the first 30 days, you will receive a full refund. If you cancel after 30 days. receive a prorated refund. Below you will find a temporary membership card, you'll receive your official membership kit mail shortly.

While the website is always your best resource for all plan information, **if you are ever in an emergency – you can ca** **1-800-621-5287** and we'll take care of you right away!

*Thanks again for joining – we're very excited you're here!*

D. Scott Libertore
President/CEO

**AUTO** **PLUS PLAN**    P.O. BOX 1299 • SARASOTA, FL 34230
1-800-621-5287

Member Number:    I1854GD2NR

Member Name:    SUZANNE HAYDUCK

Plan Type:    Auto Plus Plan

PLTS_00012468

Mariner Finance

Date: September 27, 2018

SUZANNE B HAYDUCK
1207 CHEROKEE ROAD
NORTH BRUNSWICK , NJ  08902

Dear  SUZANNE B HAYDUCK

RE: Account Number  3005-010694-17

Mariner Finance would like to thank you for the opportunity to assist with your financial needs.  This letter includes important information about your new account as well as instructions on how to make your payments.  Please retain this document with your loan agreement.

## Account Details

Your new account number is 3005-010694-17_____ and your first payment in the amount of $174.31_____ is due on _November 01, 2018___ .   After your first payment, your regular monthly payment of _$161.62_____ will be due on the _1st_ day of each month.  Please review your loan agreement for information regarding late payments and other fees that may be applicable.

### How to make your monthly payments

➤  **In person** – Stop by any branch during regular business hours.
➤  **By mail** – When mailing your payment, please include your account number and send it to:
     Mariner Finance  P.O. Box 44490  Baltimore, MD 21236.
➤  **Online\*** – Sign-up for online account access at www.marinerfinance.com using your 12-digit account number or make payments directly through your financial institution's bill payment service.
➤  **By phone\*** – To pay by phone, please call your branch during business hours at (732) 902-6333

**Note: You will not receive a coupon book or monthly statement, above is your payment information and options.**

### Online account access

Accessing your loan information online is easy!  Our online Customer Account Center is available 24 hours a day and it only takes a few minutes to register your account.  To signup, just follow the steps listed below.

1)  Visit www.marinerfinance.com  and click on the Customer Account Center link in the upper right corner of the website.
2)  Click on the **Create an Account** link and follow the instructions.  On the registration page, you will be asked for your full name, last 4 digits of your social security number, birth date, zip code, 12 digit account number and your email address.
3)  Once you click the box to agree to the Terms and Conditions and provide the required information, you will complete the registration process by choosing an online ID and password.
4)  Once you've completed the registration process, login with your unique ID and password to view your account details, transaction history and make payments online.

### How may we help you?

At Mariner Finance we pride ourselves on superior customer service and look forward to helping with all your financial needs.  Whether you need some extra money to consolidate bills, cover unexpected expenses or purchase or refinance an automobile, we provide personalized solutions to meet a variety of financing needs.\*\*  In some states, we also offe mortgages to help you purchase or refinance a home.  Anytime you need additional money or have a question about your account, please do not hesitate to call us.

Yours truly,



Sent from Yahoo Mail on Android

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

PLTS_00012470