# EXHIBIT 8

# FW: PA Office of Attorney General - Draft Declaration re MarinerFinance

| | |
|---|---|
| **From:** | "Ritzman, Melissa M." <mritzman@attorneygeneral.gov> |
| **To:** | tromo726@gmail.com |
| **Date:** | Tue, 20 Jul 2021 15:46:45 -0400 |
| **Attachments:** | DRAFT DECLARATION OF TONY ROMO.docx (15.38 kB) |

Per our conversation, her is the declaration again. Thanks so much for your time today. Any questions, please feel free to reach out.

Melissa~


Melissa M. Ritzman

Senior Civil Investigator

Bureau of Consumer Protection

Office of Attorney General

15th Floor, Strawberry Square

Harrisburg, PA 17120


Direct: 717-787-7866

Mobile: 717-437-0671

Facsimile: 717-772-3560




From: Smyth, Nicholas F.B.
Sent: Tuesday, July 20, 2021 3:40 PM
To: Ritzman, Melissa M.
Subject: FW: PA Office of Attorney General - Draft Declaration re Mariner Finance




Nicholas Smyth

PLTS_00008578

Assistant Director for Consumer Financial Protection

412-880-0475

From: Smyth, Nicholas F.B.
Sent: Wednesday, June 30, 2021 11:50 AM
To: 'Tromo726@gmail.com' <>
Cc: Moyer, Harley <>; Ritzman, Melissa M. <>
Subject: PA Office of Attorney General - Draft Declaration re Mariner Finance

Mr. Romo,

Thank you for speaking with us yesterday about your experience with Mariner Finance. Please find attached a draft declaration summarizing our interview. Feel free to add to and otherwise edit the document yourself, or tell us in email (or we can have another call) anything we should add or change to ensure this is an accurate summary of your experience.

Once you are happy with the document, please sign it in hard copy and scan it, or sign electronically (Simply typing the date and your name with /s/ next to it on the signature line will suffice), and return it to us.

# Attorney Work Product

Thank you for taking the time to help us with our investigation.

Regards,

Nick

Nicholas Smyth

Assistant Director for Consumer Financial Protection

Senior Deputy Attorney General

Bureau of Consumer Protection

Pennsylvania Office of Attorney General

PLTS_00008579

412-880-0475

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

PLTS_00008580