# EXHIBIT 9

# EXTERNAL ] Re: Request for interview: Office of Attorney General

**From:**     Amy Caldwell <nianakatt@hotmail.com>
**To:**       "Oleckna, Lauren" <loleckna@attorneygeneral.gov>
**Date:**     Fri, 09 Jul 2021 13:03:56 -0400

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Pennsylvania Office of Attorney General

That time is fine. My phone number is 570 401 2509. Thanks

Amy

_____

From: Oleckna, Lauren
Sent: Friday, July 9, 2021 11:43 AM
To: 'nianakatt@hotmail.com'
Subject: Request for interview: Office of Attorney General


Good afternoon Caldwell,

I am one of the Agents working with Senior Deputy Attorney General Smith on the Mariner Investigation.


I would like to schedule a phone interview with you on Monday at 10am, if that time is still good for you.


Can you please confirm if that time works for you and provide me with the best phone number to reach you.


Thank you very much for your assistance in this matter,


Lauren M. Oleckna, Agent

PA Office of Attorney General

Bureau of Consumer Protection

1600 Arch Street, Suite 300

Philadelphia, PA 19103

PLTS_00008574

(P) 267-532-8256

(F) 215-560-2494

loleckna@attorneygeneral.gov

Begin forwarded message:

From: Amy Caldwell <>
Date: July 9, 2021 at 12:15:53 AM EDT
To: "Smyth, Nicholas F.B." <>
Subject: Re: Request for interview: Office of Attorney General

?

Hello,

Monday between 10 and 12 would work best for me. Thanks.


Amy Caldwell

_____

From: Smyth, Nicholas F.B. <>
Sent: Thursday, July 8, 2021 5:13 PM
To: 'NIANAKATT@HOTMAIL.COM' <>
Cc: Moyer, Harley <>
Subject: Request for interview: Office of Attorney General


Dear Ms. Caldwell,


I just left you a voicemail. My office is investigating Mariner Finance and **Attorney Work Product**

**Attorney Work Product**

We would really appreciate it if you could give us 15 minutes of your time for a quick interview on Monday or Tuesday. Please let us know a time that work for you from these windows: Monday between 10 am and noon or 2 pm and 4 pm; Tuesday before 10 am, from 11 am to noon, 2 pm to 3 pm, or 3:30 to 5 pm.

PLTS_00008575

Have a good weekend.


Regards,

Nick



412-260-8342 (cell)

Senior Deputy Attorney General

Assistant Director for Consumer Financial Protection

PA Office of Attorney General


The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense.


Click to report this email as spam.

PLTS_00008576