# EXHIBIT 10

# RE: PA Office of Attorney General - Draft Declaration for yourreview

**From:**    "Smyth, Nicholas F.B." <nsmyth@attorneygeneral.gov>
**To:**      alipie5@yahoo.com, "Ritzman, Melissa M." <mritzman@attorneygeneral.gov>
**Date:**    Wed, 24 Aug 2022 09:54:39 -0400

Thank you Ms. Piercy. We look forward to hearing back from you about the declaration.

**Attorney Work Product**

Regards
Nick

---

**From:** Alicia Piercy [alipie5@yahoo.com]
**Sent:** Wednesday, August 24, 2022 9:44 AM
**To:** Smyth, Nicholas F.B.
**Subject:** Re: PA Office of Attorney General - Draft Declaration for your review

Sorry, I'm just seeing your email today. I will review the draft and make any necessary changes..

I received letters in the mail once in a while and emails saying that I could possibly skip a payment, but they were from Mariner Finance, not directly from Paula herself. Mariner has called me several times a day and a lot of the calls were from her when I listened to the voicemails. Some were from other representatives from Mariner. I starting receiving calls from them once I became late with my payment in May 2022.

The amount of this judgement on my paperwork is $4,844.72. It also states that it's together with costs upon the following claim. The costs they paid to file this claim is $182.25. I'm assuming that I have to pay for that as well? Crazy!

Yes, I plan on cancelling the insurance. I will be calling them this week to cancel it.

I'll review the draft and get back to you soon ...

Thank you,
Alicia Piercy

Sent from Yahoo Mail on Android

> On Fri, Aug 19, 2022 at 2:39 PM, Smyth, Nicholas F.B. wrote:
>
> Dear Ms. Piercy,
>
> Thanks so much for taking the time to speak with us about Mariner Finance on Wednesday. As I mentioned, we have drafted up a declaration that memorializes what you told us on the call. Can you please review the attached draft and let us know if there's anything you'd like to change?
>
> I have highlighted your address and Paula Pepson's last name - please check that they're accurate. Also,



Attorney Work Product

Again, we really appreciate you taking the time to speak with us and helping us with this declaration. Once we finalize it, we would appreciate if you could sign it by printing and scanning it or simply typing your signature on the signature line and sending it back to us.

Regards,

Nick

Nicholas Smyth

Assistant Director for Consumer Financial Protection

Senior Deputy Attorney General

Bureau of Consumer Protection

Pennsylvania Office of Attorney General

412-880-0475

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

Click here to report this email as spam.

PLTS_00008702