**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>          Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO COMPEL**

    **AND NOW**, this ____ day of _____, 2026, upon considering Defendants' Motion to Compel (Dkt. No. __), and any responses thereto, it is **ORDERED**:

1. Defendant's Motion to Compel is **GRANTED**; and

2. Plaintiffs are ordered to produce all communications with Mariner's customers, including the draft affidavits sent to customers with Plaintiffs' proposed testimony.

_____
    **HODGE, J.**

1