## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>                    Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

## CERTIFICATE OF SERVICE

Defendant Mariner Finance, LLC, through undersigned counsel, hereby certifies that true and correct copies of the following documents were filed electronically and served on all counsel of record via ECF.

**DEFENDANT'S MOTION TO COMPEL**

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

**CERTIFICATION OF COUNSEL**

BY:   */s/ Atif Khawaja*
        Atif Khawaja, P.C. (admitted *pro hac vice*)
        601 Lexington Avenue
        New York, New York 10022
        (212) 446-4800
        atif.khawaja@kirkland.com
        *Attorney for Defendant Mariner Finance, LLC*

1