**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA,
*et al.*,

               Plaintiffs,

v.

MARINER FINANCE, LLC,

               Defendant.

Case No. 2:22-cv-03253-KBH

Hon. Kelley Brisbon Hodge
(Electronically Filed)

**MARINER FINANCE LLC'S MOTION TO CONDITIONALLY SEAL ITS MOTION TO COMPEL PLAINTIFFS TO PRODUCE THIRD-PARTY COMMUNICATIONS**

Defendant Mariner Finance LLC ("Mariner") hereby moves this Court for an order granting leave to file Defendant's Motion to Compel Plaintiffs to Produce Third-Party Communications ("Defendant's Motion to Compel") and certain documents submitted in support thereof under conditional seal.

A court may order documents to be filed under seal upon a showing of "good cause." *See Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994). Here, good cause exists to conditionally seal Defendant's Motion to Compel and corresponding exhibits because the Stipulated Protective Order, ECF No. 107 (July 3, 2024) ("Protective Order") entered by this Court allows Plaintiffs, as Designating Party, an opportunity to file a motion to seal within ten (10) calendar days of the filing of Defendant's Motion to Compel pursuant to Local Rules 5.1.2(6) and 5.1.5.

Defendant's Motion to Compel and certain exhibits thereto contain information designated by Plaintiffs or otherwise deemed as Confidential based on the terms of the Protective Order.

Exhibits 4 and 5 (excerpts from the deposition transcripts of Renee Salikram and Lauren Oleckna, respectively) are being filed conditionally under seal pursuant to Section V.b.iv. of the Protective Order.  The two depositions cited in the motion were taken fewer than thirty (30) days prior to the date of this filing, and accordingly, the testimony is deemed Confidential pending Plaintiffs' service of confidentiality designations.

Exhibits 2, 8, 9, and 10 are further being filed conditionally under seal pursuant to Section XI.c. of the Protective Order. Exhibits 2, 8, 9, and 10 were initially produced by Plaintiffs without redactions, then subsequently clawed back and reproduced with privilege redactions on June 2 pursuant to Section XI.a of the Protective Order.  Mariner submits the unredacted versions of these documents with this filing pursuant to Section XI.c. of the Protective Order, which provides that "in the event there is a dispute over whether" documents clawed back on privilege grounds "are protected from disclosure by privilege,"  and that dispute is not resolved by the Parties, the Receiving Party may "present the information or document to the Court under seal for a determination of the [privilege] claim."

Defendant's Motion to Compel also contains material deemed Confidential under the Protective Order to the extent that it quotes the abovementioned exhibits.  Therefore, contemporaneously with this Motion, Mariner is filing via ECF a redacted copy of its Motion to Compel Plaintiffs to Produce Third-Party Communications that does not include this Confidential material.  Mariner is also serving an unredacted copy of the Motion to Compel via e-mail on Plaintiffs' counsel of record and submitting the same to the Clerk's office via ECF_Documents@paed.uscourts.gov.

Accordingly, Mariner respectfully requests that the Court conditionally seal Defendant's Motion to Compel and relevant exhibits to allow Plaintiffs, as Designating Party, the opportunity to file a motion to seal within ten (10) calendar days of the filing of Defendant's Motion to Compel.

July 23, 2026

Respectfully submitted,

By: KIRKLAND & ELLIS LLP

*/s/ Atif Khawaja*

Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato (admitted *pro hac vice*)
Sarah J. Schultes (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
atif.khawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com
sarah.schultes@kirkland.com

Christopher B. Leach (admitted *pro hac vice*)
1301 Pennsylvania Avenue
Washington, D.C. 20004
(202) 389-5000
christopher.leach@kirkland.com

Matthew Summers (admitted *pro hac vice*)
2049 Century Park East
Los Angeles, California 90067
(310) 552-4200
matthew.summers@kirkland.com

Marianna C. Chapleau (admitted *pro hac vice*)
Dayron Silverio (admitted *pro hac vice*)
830 Brickell Plaza
Miami, Florida 33131

3

(305) 432-5600
mchapleau@kirkland.com
dayron.silverio@kirkland.com

By: BALLARD SPAHR LLP

*/s/ Daniel JT McKenna*

Daniel JT McKenna
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8321
mckennad@ballardspahr.com

*Attorneys for Defendant Mariner Finance, LLC*

4