**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2026, upon due consideration of Defendant Mariner Finance LLC's Motion to Conditionally Seal its Motion to Compel Plaintiffs to Produce Third-Party Communications (Dkt. No. __) ("Motion"), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Defendant is permitted to file under conditional seal (i) excerpts from the deposition transcripts of Renee Salikram and Lauren Oleckna, and (ii) third-party communications produced by Plaintiffs to Defendant, for the reasons set forth in this motion.

_____
**HODGE, J.**

1