**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA, *et al.*,

                    Plaintiffs,

v.

MARINER FINANCE, LLC,

                    Defendant.

Case No. 2:22-cv-03253-KBH

Hon. Kelley Brisbon Hodge
(Electronically Filed)

**CERTIFICATE OF SERVICE**

       Defendant Mariner Finance, LLC, through undersigned counsel, hereby certifies that true and correct copies of the following documents were filed electronically and served on all counsel of record via ECF.

**DEFENDANT'S MOTION TO SEAL**

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

BY:   */s/ Atif Khawaja*

Atif Khawaja, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
atif.khawaja@kirkland.com
*Attorney for Defendant Mariner Finance, LLC*

1