IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; AND STATE OF WISCONSIN, <br>Plaintiffs, <br><br>v. <br><br>MARINER FINANCE, LLC, <br>Defendant. | CIVIL ACTION <br><br>NO.  22-3253 |

**O R D E R**

**AND NOW**, this 24th day of July, 2026, upon consideration of Defendant Mariner Finance LLC's Motion to Conditionally Seal its Motion to Compel Plaintiffs to Produce Third-Party Communications (ECF No. 180 (the "Motion")) based on the Protective Order (ECF No. 107) allowing the Designating Party an opportunity to file a motion to seal within ten (10) calendar days of filing of the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant is

permitted to file under conditional seal (i) excerpts from the deposition transcripts of Renee Salikram and Lauren Oleckna, and (ii) third-party communications produced by Plaintiffs to Defendant. **IT IS FURTHER ORDERED** that Plaintiffs shall file a motion to seal as contemplated in the Protective Order within ten (10) calendar days of filing of the Motion or expect that the conditional seal will expire and the materials can be refiled unsealed.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

2