**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO COMPEL PLAINTIFFS**
**TO PRODUCE THIRD-PARTY COMMUNICATIONS**

Plaintiffs Commonwealth of Pennsylvania, *et al.* ("States"), by and through its undersigned counsel, respectfully request this Court deny Defendant Mariner Finance, LLC's Motion to Compel Plaintiffs to Produce Third-Party Communications. In support of this Response, the States rely on the attached Memorandum of Law and Proposed Order.

Dated: July 30, 2026                 Respectfully submitted,

**FOR THE COMMONWEALTH OF**
**PENNSYLVANIA:**

DAVID W. SUNDAY, JR.
Attorney General

 */s/ Nicholas F. B. Smyth*
NICHOLAS F. B. SMYTH, PA No. 307972
Senior Deputy Attorney General
Assistant Director of Consumer Financial Protection
HEATHER Z. KELLY, PA No. 86291
Senior Deputy Attorney General
KATHLEEN MACFEETERS, PA No. 334030
MARY MULVIHILL, PA No. 332268
KEVIN BENDESKY, PA No. 333946
Deputy Attorneys General

Attorneys for Plaintiff Commonwealth of Pennsylvania
Office of Attorney General
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103
(412) 880-0475
nsmyth@attorneygeneral.gov
hkelly@attorneygeneral.gov
kmacfeeters@attorneygeneral.gov
mmulvihill@attorneygeneral.gov
kbendesky@attorneygeneral.gov

**FOR THE DISTRICT OF COLUMBIA:**

BRIAN SCHWALB
Attorney General

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

KEVIN VERMILLION
Director, Office of Consumer Protection

*/s/ Wendy J. Weinberg*
WENDY J. WEINBERG (#44560)
Senior Assistant Attorney General

Attorney for Plaintiff District of Columbia
Office of Consumer Protection
Office of the Attorney General
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 717-1383
Wendy.Weinberg@dc.gov

**FOR THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

*/s/ Alexandra A. Golota*
ALEXANDRA A. GOLOTA, IL 6331355
MELISSA PIWOWAR, IL 6342502
Assistant Attorneys General

Attorneys for Plaintiff State of Illinois
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street
Chicago, IL 60603
alexandra.golota@ilag.gov
melissa.piwowar@ilag.gov

**FOR THE STATE OF NEW JERSEY:**

JENNIFER DAVENPORT
Attorney General

_/s/  Zeyad Assaf_
ZEYAD ASSAF, NJ 290002021
CATHLEEN O'DONNELL, NJ 002311999
Deputy Attorneys General

Attorneys for Plaintiff State of New Jersey
New Jersey Office of the Attorney General
Division of Law
Consumer Fraud Prosecution Section
124 Halsey Street, Fifth Floor
Newark, NJ 07102
(862) 381-4150
zeyad.assaf@law.njoag.gov
cathleen.o_donnell@law.njoag.gov

**FOR THE STATE OF NEW YORK:**

LETITIA JAMES
Attorney General

_/s/ Benjamin C. Fishman_
BENJAMIN C. FISHMAN, NY 4489373
PATRICK GIBSON, NY 5267489
GREGORY NODLER, NY 6258230
NORA VAN HORN, NY 6272629

Attorneys for Plaintiff State of New York
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8330
benjamin.fishman@ag.ny.gov

patrick.gibson@ag.ny.gov
gregory.nodler@ag.ny.gov
Nora.VanHorn@ag.ny.gov

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General

*/s/ M. Lynne Weaver*
M. LYNNE WEAVER, NC 19397
Special Deputy Attorney General

Attorney for Plaintiff State of North Carolina
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6039
lweaver@ncdoj.gov

**FOR THE STATE OF OREGON:**

DAN RAYFIELD
Attorney General

*/s/ Joseph S. Ferretti*
JOSEPH S. FERRETTI, OSB 201944
SHANNON SUEHR, OSB 201406
BRIAN BOWCUT, OSB 261748
Assistant Attorneys General

Attorneys for Plaintiff State of Oregon
Oregon Department of Justice
Civil Enforcement Division
Economic Justice Section
100 SW Market St., Fourth Floor
Portland, OR 97201
(971) 718-6066
joseph.ferretti@doj.oregon.gov
shannon.suehr@doj.oregon.gov
brian.bowcut@doj.oregon.gov

**FOR THE STATE OF WASHINGTON:**

NICHOLAS W. BROWN

Attorney General

*/s/ Madeline Davis Rigsby*
MADELINE DAVIS RIGSBY, WSBA #51261
HEIDI C. ANDERSON, WSBA #37603
MATTHEW GEYMAN, WSBA #17544
ASHLEY GOMEZ, WSBA #52093
LOGAN STARR, WSBA #55944
ROSE STERN, WSBA #54282
Assistant Attorneys General

Attorneys for Plaintiff State of Washington
Office of Attorney General, Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
heidi.anderson@atg.wa.gov
matt.geyman@atg.wa.gov
maddie.davisrigsby@atg.wa.gov
ashley.gomez@atg.wa.gov
logan.starr@atg.wa.gov
rose.stern@atg.wa.gov

**FOR THE STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General

*/s/ Frances L. Kern*
FRANCES L. KERN (WI Bar #1141100)
EVAN STECK (WI Bar #1131666)
Assistant Attorneys General

Attorneys for Plaintiff State of Wisconsin
Wisconsin Department of Justice
17 W. Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0764
Frances.Kern@wisdoj.gov
Evan.Steck@wisdoj.gov