**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL**
**PLAINTIFFS TO PRODUCE THIRD-PARTY COMMUNICATIONS**

Upon consideration of Defendant Mariner Finance, LLC's Motion to Compel Plaintiffs to Produce Third-Party Communications with exhibits ("Motion to Compel"), Plaintiff's Response thereto, and the pleadings and records on file, the Court hereby DENIES the Motion to Compel.

Dated this _____ day of _____, 2026.

_____
**HODGE, J.**