**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | Case No. 2:22-cv-03253-KBH |
| Plaintiffs, | Hon. Kelley Brisbon Hodge |
| v. | (Electronically Filed) |
| MARINER FINANCE, LLC, Defendant. | |

**CERTIFICATE OF SERVICE**

Plaintiffs Commonwealth of Pennsylvania, *et al.*, through undersigned counsel, hereby certify that true and correct copies of the following documents were filed electronically and served on all counsel of record via ECF:

- Plaintiffs' Response to Defendant's Motion to Compel Plaintiffs to Produce Third-Party Communications;

- Memorandum in Support of Plaintiffs' Response to Defendant's Motion to Compel Plaintiffs to Produce Third-Party Communications; and

- Proposed Order Denying Defendant's Motion to Compel Plaintiffs to Produce Third-Party Communications.

BY:    */s/ Kathleen M. MacFeeters*
KATHLEEN M. MACFEETERS, PA No. 334030
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103
(717) 574-3471
kmacfeeters@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania*