**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA, *et al.*,

Plaintiffs,

v.

MARINER FINANCE, LLC,

Defendant.

Case No. 2:22-cv-03253-KBH

Hon. Kelley Brisbon Hodge
(Electronically Filed)

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER BETWEEN PLAINTIFF STATE OF INDIANA AND MARINER FINANCE, LLC AND DISMISSAL**

**COMES NOW** Plaintiff, the State of Indiana, by Attorney General Todd Rokita (the "Attorney General") and Defendant, Mariner Finance, LLC ("Mariner," together with the Attorney General, "the Parties"), by and through their respective undersigned counsel, and hereby file this Joint Motion for Entry of Consent Judgment and Order Resolving all Claims brought by the State of Indiana against Mariner Finance, LLC, pursuant to the Federal Rules of Civil Procedure and the settlement agreed upon between the Parties.

In support thereof, the Parties state as follows:

1. The Attorney General, with nine other State Attorneys General and the District of Columbia, filed their Second Amended Complaint on April 1, 2024, alleging, among other things, that Mariner violated the Consumer Financial Protection Act of 2010 and other consumer protection laws.

2. The Parties have reached a settlement to resolve the Attorney General's claims asserted against Mariner in the Second Amended Complaint. The Attorney General and Mariner recognize and state that the settlement is entered into voluntarily and without any degree of duress or compulsion.

3. As part of this settlement, the Parties have stipulated to the entry of a Consent Judgment and Order resolving all claims brought by the State of Indiana against Mariner. The stipulated Consent Judgment and Order is attached hereto as **Exhibit A.**

4. The Parties respectfully request that this Court enter the Consent Judgment and Order and maintain jurisdiction as necessary to enforce its terms, including the conduct provisions, consumer redress obligations, and all other requirements set forth therein.

5. The Attorney General further requests that the claims brought by the State of Indiana against Mariner be dismissed with prejudice, subject to this Court retaining jurisdiction over disputes regarding the Parties' compliance with the Consent Judgment.

Respectfully submitted,

Dated: 7/31/2026              **FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General

/s/ Brady Quackenbush
Brady Quackenbush (admitted *pro hac vice*)
Deputy Attorney General, IN # 37730-30
Attorney for Plaintiff State of Indiana
Office of the Indiana Attorney General
Consumer Protection Division
302 W. Washington St.
IGCS, 5th Floor
Indianapolis, IN 46204
(317) 234-1062
brady.quackenbush@atg.in.gov

Dated: 7/31/2026             By: KIRKLAND & ELLIS LLP

/s/ Christopher B. Leach
Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato (admitted *pro hac vice*)
601 Lexington Ave
New York, NY 10016
(212) 446-4800
atif.khawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com

Christopher B. Leach (admitted *pro hac vice*)
1301 Pennsylvania Ave, NW
Washington, DC 20004
(202) 389-5000
christopher.leach@kirkland.com

HUDSON COOK, LLP
Lucy E. Morris (admitted *pro hac vice*)
A. James Chareq (admitted *pro hac vice*)
Julia K. Whitelock (admitted *pro hac vice*)
Robert D. Tilley (admitted *pro hac vice*)
1909 K Street, NW, 4th Floor
Washington, DC 20006
(202) 327-9710 / (202) 327-9711
lmorris@hudco.com
jchareq@hudco.com
jwhitelock@hudco.com
rtilley@hudco.com

BALLARD SPAHR LLP
Daniel JT McKenna
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8321
mckennad@ballardspahr.com
*Attorneys for Defendant Mariner Finance, LLC*

Dated: _____         BY THE COURT

_____, J.