## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARINER FINANCE, LLC,<br>    Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

## PLAINTIFFS' MOTION TO SEAL

## I.    INTRODUCTION

Pursuant to the authority of Local Rule 5.1.5, as well as the Stipulated Protective Order, ECF No. 107 (June 3, 2024) ("Protective Order") and for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion to Seal, Plaintiffs Commonwealth of Pennsylvania and Jennifer Davenport, Attorney General of the State of New Jersey ("Plaintiffs") respectfully move for entry of an Order Sealing Mariner Finance LLC's ("Mariner") Motion to Compel Plaintiffs to Produce Third-Party Communications ("Motion to Compel") and of specific documents submitted in support thereof.

1. On July 23, 2026, Mariner filed a Motion to Compel.

2. The aforementioned Motion to Compel attaches and makes reference to the transcripts of depositions that remain open. The Motion to Compel also attaches and makes reference to documents designated by Plaintiffs as privileged pursuant to the Protective Order and work product doctrine.

3. Contemporaneous with the Motion to Compel, Mariner filed a Motion to Conditionally Seal its Motion to Compel Plaintiffs to Produce Third-Party Communications.

4. On July 24, 2026, The Honorable Kelley B. Hodge issued an Order conditionally sealing (i) excerpts from the deposition transcripts of Renee Salikram and Lauren Oleckna, and (ii) third-party communications produced by Plaintiffs to Defendant.

5. This Court further ordered that Plaintiffs shall file a motion to seal as contemplated in the Protective Order within ten (10) calendar days of filing of the Motion or expect that the conditional seal will expire and the materials can be refiled unsealed.

6. Under Section V.b.iv. of the Protective Order, parties have thirty (30) days after receiving the final transcript to make confidentiality designations. Until designations are served, or thirty (30) days passes, the entire deposition transcript is presumed confidential.

7. Exhibits 2, 8, 9, and 10 are emails between Pennsylvania Office of Attorney General representatives and Mariner consumers. These documents were inadvertently produced to

Mariner without designating specific work product therein as privileged. In accordance with the terms of the Protective Order, these documents were clawed back and reproduced with redactions for work product.

8. Exhibit 4 includes excerpts from the deposition transcript of New Jersey Investigator Renee Salikram from July 22, 2026. Exhibit 5 includes excerpts from the deposition transcript of Pennsylvania Investigator Lauren Oleckna from June 29, 2026. Due to work product disputes, the depositions remain open. Plaintiffs have not had the opportunity to designate portions of the deposition transcript as Confidential, as permitted within the terms of the Protective Order, because the final transcripts have not been received.

9. Accordingly, Plaintiffs are seeking a court order sealing the Motion to Compel's conditionally sealed exhibits, to protect the materials designated Confidential and privileged by Plaintiffs within the terms of the Protective Order.

**WHEREFORE**, the Plaintiffs respectfully requests this Honorable Court grant Plaintiffs Motion to Seal.

August 3, 2026                    Respectfully Submitted,


                                 **FOR THE COMMONWEALTH OF**

                                 **PENNSYLVANIA:**

                                 DAVID W. SUNDAY, JR.

                                 Attorney General


                                 */s/ Nicholas F.B. Smyth*

                                 NICHOLAS F. B. SMYTH, PA No. 307972

3

Senior Deputy Attorney General

Assistant Director of Consumer Financial Protection

HEATHER Z. KELLY, PA No. 86291

Senior Deputy Attorney General

KATHLEEN MACFEETERS, PA No. 334030

MARY MULVIHILL, PA No. 332268

KEVIN BENDESKY, PA No. 333946

Deputy Attorneys General

Attorneys for Plaintiff Commonwealth of Pennsylvania

Office of Attorney General

1600 Arch Street, 3rd Floor

Philadelphia, PA 19103

(412) 880-0475

nsmyth@attorneygeneral.gov

hkelly@attorneygeneral.gov

kmacfeeters@attorneygeneral.gov

mmulvihill@attorneygeneral.gov

kbendesky@attorneygeneral.gov

**FOR THE STATE OF NEW JERSEY:**

4

JENNIFER DAVENPORT

Attorney General


*/s/  Zeyad Assaf*

ZEYAD ASSAF, NJ 290002021

CATHLEEN O'DONNELL, NJ 002311999

Deputy Attorneys General


Attorneys for Plaintiff State of New Jersey

New Jersey Office of the Attorney General

Division of Law

Consumer Fraud Prosecution Section

124 Halsey Street, Fifth Floor

Newark, NJ 07102

(862) 381-4150


zeyad.assaf@law.njoag.gov

cathleen.o_donnell@law.njoag.gov