**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | |
| Plaintiffs, | Case No. 2:22-cv-03253-KBH |
| v. | Hon. Kelley Brisbon Hodge |
| MARINER FINANCE, LLC, | (Electronically Filed) |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

Upon consideration of Plaintiffs' Motion to Seal ("Motion to Seal"), Plaintiff's Memorandum of Law, and the pleadings and records on file, the Court hereby GRANTS the Motion to Seal. The (i) third-party communications produced by Plaintiffs to Defendant and (ii) Defendant's Motion to Compel Plaintiffs to Produce Third-Party Communications are SEALED. The excerpts from the deposition transcripts of Renee Salikram and Lauren Oleckna are SEALED pending Plaintiffs' confidentiality designations.

Dated this _____ day of _____, 2026.

_____
**HODGE, J.**