**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARINER FINANCE, LLC, <br> Defendant. | Case No. 2:22-cv-03253-KBH <br><br> Hon. Kelley Brisbon Hodge <br><br> (Electronically Filed) |

**CERTIFICATE OF SERVICE**

Plaintiffs Commonwealth of Pennsylvania, *et al.*, through undersigned counsel, hereby certify that true and correct copies of the following documents were filed electronically and served on all counsel of record via ECF:

- Plaintiffs' Motion to Seal;

- Memorandum in Support of Motion to Seal; and

- Proposed Order Granting Plaintiffs' Motion to Seal.

BY:    */s/ Mary Mulvihill*
MARY MULVIHILL, PA No. 332268
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103
(267) 279-6492
mmulvihill@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania*