**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; AND STATE OF WISCONSIN,** | **CIVIL ACTION** |
| **Plaintiffs,** | **NO.  22-3253** |
| **v.** | |
| **MARINER FINANCE, LLC,** **Defendant.** | |

**O R D E R**

**AND NOW**, this 5th day of August, 2026, upon consideration of the Motion for *Pro Hac*

*Vice* admission of Lindsay Marks, Esquire (ECF 188), the filing fee having been paid, **IT IS**

**ORDERED** that the Motion for *Pro Hac Vice* admission of Lindsay Marks, Esquire (ECF 188)

is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.

---

[1] Instructions to request electronic filing access can be found on this court's website at
https://www.paed.uscourts.gov/nextgen-cmecf.