IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of PA, et al.                    :          Case Number: ___2-22-03253-KBH___
                                              :
                                              :
                v.                            :
                                              :
Mariner Finance, LLC                          :

ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐      GRANTED.  The Clerk is DIRECTED to add ___Mia Dohrmann___, Esquire as counsel for

Jennifer Davenport, Attorney General of the State of New Jersey . ___Mia Dohrmann___ is DIRECTED to request ECF filing access

using their PACER Account[1].

☐      DENIED.

_____, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2-22-cv-03253-KBH

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Mia Dohrmann the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Attorney General of New Jersey My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.  *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| New Jersey | 12/1/2022 | 408142022 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| New York | 6/25/2025 | 6256655 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* The State of New Jersey

*Name of Attorney:* Mia Dohrmann, Deputy Attorney General

*Firm Address:* 124 Halsey Street, 5th Floor, Newark, NJ 07101

*Telephone Number:* 609-696-5363

*Email Address:* mia.dohrmann@law.njoag.gov

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 8/5/2026
*(Date)*

*Mia Dohrmann*
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Mia Dohrmann_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Kathleen M. MacFeeters | *Kathleen M. MacFeeters* | 9/17/2024 | 334030 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Pennsylvania Office of Attorney General

1600 Arch Street, Third Floor, Philadelphia, PA 19103

717-346-5055

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __8/7/2026__          *Kathleen M. MacFeeters*
       *(Date)*                              *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of PA, et al.

                           :        Case Number: 2:22-cv-03253-KBH
                           :
                           :

          v.               :
                           :

Mariner Finance, LLC         :

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Mia Dohrmann__,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

via ECF to all counsel of record.

*Kathleen M. MacFeeters*
(Signature of Attorney)

Kathleen M. MacFeeters
(Name of Attorney)

Commonwealth of PA
(Name of Moving Party)

8/7/2026
(Date)