## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; AND STATE OF WISCONSIN,** <br> **Plaintiffs,** <br><br>     v. <br><br> **MARINER FINANCE, LLC,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br> **NO.  22-3253** |

## **O R D E R**

**AND NOW**, this 10th day of August, 2026, upon consideration of the Motion for *Pro Hac Vice* admission of Mia Dohrmann, Esquire (ECF 190), the filing fee having been paid, **IT IS**

**ORDERED** that the Motion for *Pro Hac Vice* admission of Mia Dohrmann, Esquire (ECF 190)

is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at
https://www.paed.uscourts.gov/nextgen-cmecf.