**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; STATE OF INDIANA, BY ATTORNEY GENERAL TODD ROKITA; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; AND STATE OF WISCONSIN,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **MARINER FINANCE, LLC,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 22-3253** |

**O R D E R**

**AND NOW**, this 17th day of August, 2026, upon consideration of Defendant Mariner Finance, LLC's ("Mariner") Motion to Compel (ECF No. 180 (the "Motion")), Plaintiffs' opposition thereto (ECF No. 184), and Mariner's letter of clarification (ECF No. 185), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**