IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, BY ATTORNEY GENERAL MICHELLE A. HENRY; DISTRICT OF COLUMBIA, THROUGH THE OFFICE OF THE ATTORNEY GENERAL; STATE OF OREGON EX REL. ELLEN F. ROSENBLUM, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL; STATE OF WASHINGTON; PEOPLE OF THE STATE OF ILLINOIS BY KWAME RAOUL; MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; THE PEOPLE OF THE STATE OF NEW YORK, BY ATTORNEY GENERAL LETITIA JAMES; STATE OF NORTH CAROLINA, EX REL. JOSHUA H. STEIN, ATTORNEY GENERAL; AND STATE OF WISCONSIN,** **Plaintiffs,** | **CIVIL ACTION** |
| **v.** | **NO. 22-3253** |
| **MARINER FINANCE, LLC,** **Defendant.** | |

## ORDER

**AND NOW**, this 20th day of August, 2026, upon consideration of Plaintiffs' unopposed Motion to Seal, and finding good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. The (i) third-party communications produced by Plaintiffs to Defendant and (ii) Defendant's Motion to Compel Plaintiffs to Produce Third-Party Communications are **SEALED**. The excerpts from the deposition transcripts of Renee Salikram and Lauren Oleckna are **SEALED** pending Plaintiffs' confidentiality designations.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**