**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA et al.,

Plaintiffs,

v.

MARINER FINANCE, LLC,

Defendant.

Case No. 2:22-cv-03253-KBH
Hon. Kelley Brisbon Hodge

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The District of Columbia, by counsel, requests the Court grant leave to withdraw the appearance of Wendy J. Weinberg as counsel for the District of Columbia in the above-captioned matter.

The appearance of Lindsay Marks on behalf of the District of Columbia remains in effect, and all pleadings, orders, and entries should be served on her.

Respectfully Submitted,

/s/ *Wendy J. Weinberg*

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2026, the foregoing Notice of Withdrawal of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

/s/*Wendy J. Weinberg*