**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Commonwealth of Pennsylvania, et al,<br><br>Plaintiffs,<br><br>v.<br><br>Mariner Finance, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br>Hon. Kelley Brisbon Hodge |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NICHOLAS SMYTH**

The State of Pennsylvania, by counsel, requests the Court grant leave to withdraw the appearance of Nicholas Smyth as counsel for the State of Pennsylvania, in the above-captioned matter.

The appearances of Heather Kelly, Mary Mulvihill, Kathleen MacFeeters, and Kevin Bendesky, on behalf of the State of Pennsylvania, remain in effect and all pleadings, orders and entries should be served on them.

Respectfully submitted,

By: */s/ Nicholas Smyth*
**Nicholas Smyth**
Deputy Attorney General
Commonwealth of Pennsylvania
PA Attorney I.D. No. 307972
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: *<u>/s/ Nicholas Smyth</u>*
**Nicholas Smyth**
PA Attorney I.D. No. 307972

Deputy Attorney General
Commonwealth of Pennsylvania
PA Attorney I.D. No. 307972
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103