**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al.,<br>Plaintiffs,<br>v.<br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>**ECF Case** |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER BETWEEN PLAINTIFF THE DISTRICT OF COLUMBIA AND DEFENDANT MARINER FINANCE, LLC**

Plaintiff the District of Columbia (the "District"), through the Office of the Attorney General for the District of Columbia, and Defendant Mariner Finance, LLC ("Mariner," and together with the District, "the Parties"), respectfully request that the Court enter the attached Consent Judgment and Order to resolve all claims brought by the District against Mariner. In support thereof, the Parties state as follows:

1. The District, along with ten other State Attorneys General, filed their Second Amended Complaint on April 1, 2024, alleging, inter alia, that Mariner violated the Consumer Financial Protection Act of 2010 and other consumer protection laws.
2. The Parties have reached a settlement to resolve the District's claims asserted against Mariner in the Second Amended Complaint.
3. As part of this settlement, the Parties have stipulated to the entry of a Consent Judgment and Order resolving all the District's claims brought against Mariner. The stipulated Consent Judgment and Order is attached hereto as **Exhibit A**.
4. The Parties respectfully request that the Court enter the Consent Judgment and Order and maintain jurisdiction over the Parties as necessary to enforce the terms of the Order.

5. The District further requests that its claims brought against Mariner be dismissed with prejudice, subject to the Court retaining jurisdiction over disputes regarding the Parties' compliance with the Consent Judgment and Order.

Respectfully submitted,

Date: September 24, 2026

**FOR THE DISTRICT OF COLUMBIA**

*/s/ Lindsay Marks*
Lindsay Marks (admitted *pro hac vice*)
DC Bar No. 1618037
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6th St. NW
Washington, DC 20001
202-805-7535
lindsay.marks@dc.gov

*Attorney for Plaintiff the District of Columbia*

**FOR MARINER FINANCE, LLC**

KIRKLAND & ELLIS LLP

Date: September 24, 2026

*/s/ Christopher B. Leach*
Christopher B. Leach (admitted *pro hac vice*)
1301 Pennsylvania Ave, NW
Washington, DC 20004
(202) 389-3457
christopher.leach@kirkland.com

Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato, P.C. (admitted *pro hac vice*)
601 Lexington Ave
New York, NY 10016
(212) 446-4800
akhawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com

HUDSON COOK, LLP

Lucy E. Morris (admitted *pro hac vice*)
A. James Chareq (admitted *pro hac vice*)
Julia K. Whitelock (admitted *pro hac vice*)
Robert D. Tilley (admitted *pro hac vice*)
1909 K Street, NW, 4th Floor
Washington, DC 20006
202.327.9710 / 202.327.9711
lmorris@hudco.com
jchareq@hudco.com
jwhitelock@hudco.com
rtilley@hudco.com

**CERTIFICATE OF SERVICE**

I, Lindsay Marks, certify that on this 24th day of September 2026, I caused the foregoing document to be served on all counsel of record by CM/ECF, where it is available for viewing and downloading.

*/s/ Lindsay Marks*

Lindsay Marks (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General for the District of Columbia