**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry; District of Columbia, through the Office of the Attorney General; Matthew J. Platkin, Attorney General of the State of New Jersey; State of Oregon, *ex rel*. Ellen F. Rosenblum, in her official capacity as Attorney General; and State of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>Mariner Finance, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**NOTICE OF APPEARANCE**

To the Clerk of Court:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General.

Respectfully Submitted,

*/s/ Seth E. Miller*

SETH E. MILLER
Deputy Attorney General
Pennsylvania Office of Attorney General
PA Attorney I.D. No.: 311775
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Phone: 717-346-5076
Email: semiller@attorneygeneral.gov

ATTORNEY FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ Seth E. Miller*

SETH E. MILLER
Deputy Attorney General
Pennsylvania Office of Attorney General
PA Attorney I.D. No.: 311775
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Phone: 717-346-5076
Email: semiller@attorneygeneral.gov

ATTORNEY FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL