**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**NOTICE OF APPEARANCE**

To the Clerk of Court:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General.

Respectfully Submitted,

*/s/ Jaimie L. George*

Jaimie L. George
Deputy Attorney General
Pennsylvania Office of Attorney General
PA Attorney I.D. No.: 309368
1251 Waterfront Place, Mezzanine
Pittsburgh, PA 15222
Phone: 724-858-4664
Email: jgeorge@attorneygeneral.gov

## CERTIFICATE OF SERVICE

I certify that on September 25, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ Jaimie L. George*

Jaimie L. George
Deputy Attorney General
Pennsylvania Office of Attorney General
PA Attorney I.D. No.: 309368
1251 Waterfront Place, Mezzanine
Pittsburgh, PA 15222
Phone: 724-858-4664
Email: jgeorge@attorneygeneral.gov