**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br>**MARINER FINANCE, LLC,**<br><br>**Defendant.** | **Case No. 2:22-cv-03253-KBH**<br><br>**Hon. Kelley Brisbon Hodge**<br><br>**(Electronically Filed)** |

**NOTICE OF APPEARANCE**

To the Clerk of Court:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General.

Respectfully Submitted,

*/s/ Debra Djupman Warring*
DEBRA DJUPMAN WARRING
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
PA Attorney I.D. No.: 206437
1600 Arch Street, Third Floor
Philadelphia, PA 19103
Phone: 215-560-2930
Email: dwarring@attorneygeneral.gov

ATTORNEY FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ Debra Djupman Warring*

DEBRA DJUPMAN WARRING
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
PA Attorney I.D. No.: 206437
1600 Arch Street, Third Floor
Philadelphia, PA 19103
Phone: 215-560-2930
Email: dwarring@attorneygeneral.gov

ATTORNEY FOR PLAINTIFF
COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL