**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Commonwealth of Pennsylvania, et al.,

Plaintiffs,

v.

Mariner Finance, LLC,

Defendant.

Case No. 2:22-cv-3253-KBH
Hon. Kelley B. Hodge

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The State of New York, by counsel, requests the Court grant leave to withdraw the appearance of Gregory Nodler as counsel for the State of New York, in the above captioned matter.

The appearances of Benjamin Fishman, Nora Van Horn, and Patrick Gibson, on behalf of the State of New York, remain in effect and all pleadings, orders, and entries should be served on them.

Respectfully submitted,
*/s/ Gregory Nodler*
GREGORY NODLER, NY 6258230
Assistant Attorney General
New York Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, the foregoing Notice of Withdrawal of Appearance was filed electronically through the Court's CM/ECF system and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ Gregory Nodler*