**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMM. OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br>Hon. Kelley Brisbon Hodge |

**NOTICE OF APPEARANCE**

**TO: ALL PARTIES OF RECORD and THEIR ATTORNEYS, and**

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

PLEASE TAKE NOTICE that Assistant Attorney General Camille McDorman hereby enters her appearance on behalf of the State of Washington in the above-entitled matter.

It is requested that service of all papers and pleadings herein, except original process, be made upon the undersigned at the address stated below.

DATED this 15th day of October, 2026.

NICHOLAS W. BROWN
Attorney General

*/s/ Camille McDorman*

CAMILLE MCDORMAN, WSBA # 53036
Assistant Attorney General
Attorneys for Plaintiff State of Washington
Office of Attorney General
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
camille.mcdorman@atg.wa.gov

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system, and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ Camille McDorman*

CAMILLE MCDORMAN, WSBA # 53036
Assistant Attorney General
Attorney for Plaintiff State of Washington
Office of Attorney General
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
camille.mcdorman@atg.wa.gov