**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

**JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES (ECF No. 161)**

**NOW COMES**, all Plaintiffs, together with Defendant Mariner Finance, LLC (collectively, "the Parties"), by and through their undersigned counsel, hereby jointly move the Court to extend the case management deadlines set forth in the Court's March 30, 2026 Stipulated Second Amended Scheduling Order (EFC No. 161) (the "Second Amended Scheduling Order"). In support of this Joint Motion, the Parties state as follows:

1. The current case management deadlines in this case were jointly proposed by the Parties in the Joint Motion to Extend Case Management Deadlines (ECF No. 160) and were entered by the Court in the Second Amended Scheduling Order.

2. For the reasons set forth below, the Parties request that the Court modify the Second Amended Scheduling Order to provide additional time for discovery and other deadlines.

3. The Second Amended Complaint was filed by 11 separate state attorneys general and includes 15 state and federal claims that implicate approximately 2 million loan transactions over the course of many years. (ECF No. 86.)

4. Since the Second Amended Scheduling Order, the Parties have worked to move fact discovery forward, including continued exchange of written discovery requests and interrogatories; the production of now more than 1 million documents; the continued production,

analysis, and revision of complex data for nearly 2 million loans; more than 40 depositions; the collection, review and production of tens of thousands of customer call recordings; the identification and negotiation of privilege issues; and other ongoing discovery matters.

5. The Parties have agreed to conduct depositions of 60 witnesses each, with the possibility of more if necessary, under the terms of the parties' Consumer Witness Protocol. (ECF No. 83 at p. 9.).

6. Absent an agreement or leave of court, the parties cannot serve any additional requests for production or interrogatories, and they are on target to substantially complete all written discovery by the December 11, 2026 fact discovery deadline set forth in the Second Amended Scheduling Order.

7. However, dozens of depositions remain to be taken, and no party or third-party Rule 30(b)(6) depositions have been negotiated or taken, although some subpoenas have been served.

8. Accordingly, the parties are jointly requesting an extension of the deadlines set forth in the Second Amended Scheduling Order, given the number of outstanding depositions.

9. This is the Parties' third request to extend the case management deadlines.

10. The requested modifications will not prejudice any Party or unduly delay resolution of the case.

11. A Proposed Third Amended Scheduling Order is being filed with this Motion.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion and enter the (Proposed) Stipulated Third Amended Scheduling Order filed concurrently with this Motion.

Respectfully Submitted,

**FOR THE COMMONWEALTH OF PENNSYLVANIA:**

DAVID W. SUNDAY, JR.
Attorney General

*/s/ Heather Z. Kelly*
HEATHER Z. KELLY (PA No. 86291)
Senior Deputy Attorney General
KATHLEEN M. MACFEETERS (PA No. 334030)
MARY MULVIHILL (PA No. 332268)
KEVIN BENDESKY (PA No. 333946)
Deputy Attorneys General

Attorneys for Plaintiff Commonwealth of Pennsylvania
Office of Attorney General
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103
(412) 880-0475

hkelly@attorneygeneral.gov
kmacfeeters@attorneygeneral.gov
mmulvihill@attorneygeneral.gov
kbendesky@attorneygeneral.gov

**FOR THE STATE OF NEW JERSEY:**

JENNIFER DAVENPORT
Attorney General of New Jersey

*/s/ Tina Taboada*
TINA TABOADA, NJ 401602022
CATHLEEN O'DONNELL, NJ 002311999
ZEYAD ASSAF, NJ 290002021
MIA DOHRMANN, NJ 408142022
MORGAN BEIRNE, NJ 305322020
CONOR VANCE, NJ 487902024
Deputy Attorneys General

Attorneys for Plaintiff State of New Jersey
New Jersey Office of the Attorney General

Division of Law
Consumer Fraud Prosecution Section
124 Halsey Street, Fifth Floor
Newark, NJ 07102
(609) 696-5363
tina.taboada@law.njoag.gov
cathleen.o_donnell@law.njoag.gov
zeyad.assaf@law.njoag.gov
mia.dohrmann@law.njoag.gov
morgan.beirne@law.njoag.gov
conor.vance@law.njoag.gov

**FOR THE STATE OF NEW YORK:**

LETITIA JAMES
Attorney General

*/s/ Benjamin C. Fishman*
BENJAMIN C. FISHMAN, NY 4489373
PATRICK GIBSON, NY 5267489
NORA VAN HORN, NY 6272629
Assistant Attorneys General

Attorneys for Plaintiff State of New York
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8330
benjamin.fishman@ag.ny.gov

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General

*/s/ M. Lynne Weaver*
M. LYNNE WEAVER, NC 19397
Special Deputy Attorney General

Attorney for Plaintiff State of North Carolina
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6039
lweaver@ncdoj.gov

**FOR THE STATE OF OREGON:**

DAN RAYFIELD
Attorney General

*/s/ Joseph S. Ferretti*
JOSEPH S. FERRETTI, OSB 201944
BRIAN E. BOWCUT, OSB 261748
SHANNON SUEHR, OSB 201406
Assistant Attorneys General

Attorneys for Plaintiff State of Oregon
Oregon Department of Justice
Civil Enforcement Division
Economic Justice Section
100 SW Market St.
Portland, OR 97201
(971) 718-6066
joseph.ferretti@doj.oregon.gov
brian.bowcut@doj.oregon.gov
shannon.suehr@doj.oregon.gov

**FOR THE STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General

*/s/ Madeline Davis Rigsby*
MADELINE DAVIS RIGSBY, WSBA #51261
HEIDI C. ANDERSON, WSBA #37603
ASHLEY GOMEZ, WSBA #52093
LOGAN STARR, WSBA #55944
ROSE STERN, WSBA #54282
CAMILLE MCDORMAN, WSBA #53036
Assistant Attorneys General

Attorneys for Plaintiff State of Washington
Office of Attorney General, Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
heidi.anderson@atg.wa.gov
maddie.davisrigsby@atg.wa.gov

ashley.gomez@atg.wa.gov
logan.starr@atg.wa.gov
rose.stern@atg.wa.gov
camille.mcdorman@atg.wa.gov

**FOR THE STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General

/s/ *Frances L. Kern*

FRANCES L. KERN (WI Bar #1141100)
EVAN D. STECK (WI Bar #1131666)
Assistant Attorney General

Attorney for Plaintiff State of Wisconsin
Wisconsin Department of Justice
17 W. Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0764
Frances.Kern@wisdoj.gov
Evan.Steck1@wisdoj.gov

By: KIRKLAND & ELLIS LLP

/s/ *Atif Khawaja*
Atif Khawaja, P.C. (admitted *pro hac vice*)
Robert W. Allen, P.C. (admitted *pro hac vice*)
Alexia R. Brancato, P.C. (admitted *pro hac vice*)
Matthew Summers (admitted *pro hac vice*)
Christopher B. Leach (admitted *pro hac vice*)
Sarah J. Schultes (admitted *pro hac vice*)
Marianna C. Chapleau (admitted *pro hac vice*)
Dayron Silverio (admitted *pro hac vice*)
601 Lexington Ave
New York, NY 10016
(212) 446-4800
atif.khawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com
matthew.summers@kirkland.com
christopher.leach@kirkland.com
sarah.schultes@kirkland.com
mchapleau@kirkland.com

dayron.silverio@kirkland.com

Dated: October 30, 2026