**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**[PROPOSED] THIRD AMENDED SCHEDULING ORDER**

**AND NOW**, this _____ day of _____, 2026, IT IS HEREBY ORDERED THAT:

1. As set forth below, all remaining fact discovery shall proceed forthwith and continue in such a manner to assure that:

a. All responses to discovery served on or before October 14, 2026, including supplementation of prior responses as required by Federal Rule of Civil Procedure 26(e), shall be substantially completed by **Friday, December 11, 2026**;

b. If the parties seek new and additional requests for production of documents or interrogatories, they shall confer in good faith and, if they cannot reach agreement, the requesting party may seek leave of court;

c. All depositions, including consumer and third-party depositions, shall be noticed by Plaintiffs according to the following deadlines or are waived:

i. two (2) additional deposition notices by **October 30, 2026**;

ii. six (5) additional deposition notices by **February 1, 2027**; and

iii. any remaining deposition notices by **March 16, 2027**.

d. All discovery depositions, including all third-party and consumer depositions, shall be completed by **Friday**, **April 16, 2027,** which shall serve as the close of fact discovery.

2. On or before **Friday, July 16, 2027,** the parties shall exchange curriculum vitae and reports of expert witnesses. Any responses or rebuttal reports to expert witness discovery shall be produced on or before **Wednesday, September 22, 2027.**

3. All expert discovery, including depositions of expert witnesses, shall be completed by **Friday, November 19, 2027.**

4. Any requests for admission shall be served on or before **Friday, December 10, 2027**.

5. On or before **Friday, December 17, 2027,** the parties, through counsel, shall submit a joint report to the Court as to whether they believe a settlement conference before a magistrate judge would be of assistance in resolving the case.

6. Any motions for summary judgment shall be filed and served on or before **Friday, February 11, 2028.**

7. Any responses to dispositive motions shall be filed and served on or before **Friday, April 14, 2028.**

8. Any reply briefs to dispositive motions shall be filed and served on or before **Friday, May 5, 2028.**

9. Any *Daubert* motions shall be filed and served on or before **Friday, June 30, 2028**. Any responses to *Daubert* motions shall be filed and served on or before **Friday, August 18, 2028.** The parties shall comply with Judge Hodge's Policies and Procedures, which are available at https://www.paed.uscourts.gov.

BY THE COURT

_____________________, J.