**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The State of New Jersey, by counsel, requests the Court grant leave to withdraw the appearance of Cathleen O'Donnell as counsel for the State of New Jersey, in the above-captioned matter.

The appearances of Zeyad Assaf, Tina Taboada, Mia Dohrmann, Morgan Beirne, and Conor Vance, on behalf of the State of New Jersey, remain in effect and all pleadings, orders, and entries should be served on them.

Respectfully submitted,

*/s/ Cathleen O'Donnell*

CATHLEEN O'DONNELL, NJ 002311999
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2026, the foregoing Notice of Withdrawal of Appearance was filed electronically through the Court's CM/ECF system and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ Cathleen O'Donnell*
CATHLEEN O'DONNELL, NJ 002311999
Deputy Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101