**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br><br>(Electronically Filed) |

**NOTICE OF APPEARANCE**

To the Clerk of Court:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General.

Respectfully Submitted,

Dated: November 20, 2026

*/s/ David B. Fawcett*
David B. Fawcett
**Fawcett Law, LLC**
520B Allegheny River Boulevard
Oakmont, PA 15139
Phone: 412 400-8164
Email: justice@dfawcettlaw.com

*Counsel for Plaintiff Commonwealth Of Pennsylvania, Office Of Attorney General*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2026, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system and is available for viewing and downloading from the ECF system. The Notice of Electronic Case Filing of this document shall provide service to all parties entitled to service who have consented to electronic service.

*/s/ David B. Fawcett*

David B. Fawcett
**Fawcett Law, LLC**
520B Allegheny River Boulevard
Oakmont, PA 15139
Phone: 412 400-8164
Email: justice@dfawcettlaw.com

*Counsel for Plaintiff Commonwealth Of Pennsylvania, Office Of Attorney General*