**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Commonwealth of Pennsylvania, *et al.*,

Plaintiffs,

v.

Mariner Finance, LLC,

Defendant.

Hon. Kelley B. Hodge

Case No. 2:22-cv-3253-KBH

(Electronically Filed)

**PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 37(a)(3)(B) and 37(a)(4), and for the reasons set forth in the attached Memorandum of Law, Plaintiffs Commonwealth of Pennsylvania and the States of New Jersey, New York, North Carolina, Oregon, Washington, and Wisconsin (collectively, Plaintiffs) respectfully move for entry of an Order compelling Defendant Mariner Finance, LLC (Mariner) to (1) respond to Plaintiffs' Interrogatory No. 3 by providing contact information (names, last known address, telephone number, and email) for former employees who offered or sold insurance or ancillary products in Plaintiffs' states; (2) produce saved payment calculators for the consumers identified in Plaintiffs' Request for Production No. 204; (3) produce saved payment calculators created by the employees identified in Plaintiffs' Request for Production No. 208; and (4) confer in good faith with Plaintiffs for the production of additional saved payment calculators in response to Plaintiffs' Request for Production No. 215.

In accordance with the Protective Order entered in this case, Plaintiffs are redacting certain portions of the exhibits attached to the Memorandum in Support of this Motion, as well as the references to them in said Memorandum. Dkt. 173 at 16-17. Mariner has designated the relevant portions as confidential and will have ten days after the date of this filing to file a motion to seal before Plaintiffs file unredacted filings. *Id.*

Additionally, in accordance with the local rules, Plaintiffs are including only the relevant portions of the Interrogatories, Requests for Productions, deposition transcripts, and other documents as exhibits to this Motion. Plaintiffs will provide the full documents if requested.

A certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute pursuant to Fed. R. Civ. P. 37, Local Rule 26.1, and Judge Hodge's Standing Order is included. A proposed Order is attached for the Court's convenience.

Dated: November 20, 2026

Respectfully submitted,

**FOR THE COMMONWEALTH OF PENNSYLVANIA:**

DAVID W. SUNDAY, JR.
Attorney General

*/s/ Heather Z. Kelly*
HEATHER Z. KELLY (PA No. 86291)
Senior Deputy Attorney General
KATHLEEN M. MACFEETERS (PA No. 334030)
MARY MULVIHILL (PA No. 332268)
KEVIN BENDESKY (PA No. 333946)
Deputy Attorneys General

Attorneys for Plaintiff Commonwealth of Pennsylvania
Office of Attorney General
1600 Arch St, 3rd Floor
Philadelphia, PA 19103
(412) 880-0475
hkelly@attorneygeneral.gov
kmacfeeters@attorneygeneral.gov
mmulvihill@attorneygeneral.gov
kbendesky@attorneygeneral.gov

**FOR THE STATE OF NEW JERSEY:**

JENNIFER DAVENPORT
Attorney General of New Jersey

*/s/ Mia Dohrmann*
ZEYAD ASSAF, NJ 290002021
TINA TABOADA, NJ 401602022
MIA DOHRMANN, NJ 408142022
MORGAN BEIRNE, NJ 305322020
CONOR VANCE, NJ 487902024
Deputy Attorneys General

Attorneys for Plaintiff State of New Jersey
New Jersey Office of the Attorney General
Division of Law
Consumer Fraud Prosecution Section
124 Halsey Street, Fifth Floor
Newark, NJ 07102
(862) 381-4150
zeyad.assaf@law.njoag.gov
cathleen.o_donnell@law.njoag.gov
tina.taboada@law.njoag.gov
Mia.dohrmann@law.njoag.gov
Morgan.Beirne@law.njoag.gov
Conor.Vance@law.njoag.gov

**FOR THE STATE OF NEW YORK:**

LETITIA JAMES
Attorney General

*/s/ Ben Fishman*
BENJAMIN C. FISHMAN, NY 4489373
PATRICK GIBSON, NY 5267489
NORA VAN HORN, NY 6272629
Assistant Attorneys General

Attorney for Plaintiff State of New York
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-6593

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General

*/s/ M. Lynne Weaver*
M. LYNNE WEAVER, NC 19397
Special Deputy Attorney General

Attorney for Plaintiff State of North Carolina
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6039
lweaver@ncdoj.gov

**FOR THE STATE OF OREGON:**

DAN RAYFIELD
Attorney General

*/s/ Joseph Ferretti*
JOSEPH FERRETTI, OSB #201944
BRIAN E. BOWCUT, OSB #261748
Senior Assistant Attorneys General
SHANNON SUEHR, OSB #201406
Assistant Attorney General

Attorneys for Plaintiff State of Oregon
Oregon Department of Justice
Civil Enforcement Division
Economic Justice Section
100 SW Market St., Fifth Floor
Portland, OR 97201
(971) 718-6066
joseph.ferretti@doj.oregon.gov
brian.bowcut@doj.oregon.gov
shannon.suehr@doj.oregon.gov

**FOR THE STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General

/s/ Madeline Davis Rigsby
HEIDI C. ANDERSON, WSBA #37603
MATTHEW GEYMAN, WSBA #17544
MADELINE DAVIS RIGSBY, WSBA #51261
LOGAN STARR, WSBA #55944
ASHLEY GOMEZ, WSBA #52093
ROSE STERN, WSBA #54282
CAMILLE MCDORMAN, WSBA # 53036
Assistant Attorneys General

Attorneys for Plaintiff State of Washington
Office of Attorney General, Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
heidi.anderson@atg.wa.gov
matt.geyman@atg.wa.gov
maddie.davisrigsby@atg.wa.gov
logan.starr@atg.wa.gov
ashley.gomez@atg.wa.gov
rose.stern@atg.wa.gov
camille.mcdorman@atg.wa.gov

**FOR THE STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General

/s/ Frances L. Kern
FRANCES L. KERN (WI Bar #1141100)
EVAN D. STECK (WI Bar #1131666)
Assistant Attorneys General

Attorney for Plaintiff State of Wisconsin
Wisconsin Department of Justice
17 W. Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0764
Frances.Kern@wisdoj.gov
Evan.Steck@wisdoj.gov

**CERTIFICATION UNDER CIVIL RULE 37, LOCAL RULE 26.1, AND JUDGE HODGE'S STANDING ORDER I.G.1.**

Plaintiffs hereby certify that the parties have met and conferred about the Discovery Requests and, after reasonable effort, are unable to resolve the disputes.

Parties have been meeting and conferring on these issues for years. Most recently, parties met via Zoom on October 28, 2026, without coming to any resolutions. In emails following the October 28 meet and confer, Mariner articulated they would stand on their objections. The parties are therefore at an impasse on these issues.

*/s/ Heather Z. Kelly*
Heather Kelly, Attorney for Plaintiff Commonwealth of Pennsylvania

## CERTIFICATE OF SERVICE

On November 20, 2026, I caused to be served an electronic copy of the Plaintiffs' Motion to Compel, Plaintiff's Brief in Support of Plaintiff's Motion to Compel, and [Proposed] Order Granting Plaintiffs' Motion to Compel via email on:

Atif Khawaja, P.C.
Robert W. Allen, P.C.
Alexia R. Brancato
Sarah J. Schultes
601 Lexington Ave.
New York, NY 10016
akhawaja@kirkland.com
bob.allen@kirkland.com
alexia.brancato@kirkland.com
sarah.schultes@kirkland.com

Matthew Summers
555 Flower St., #3700
Los Angeles, CA 90071
matthew.summers@kirkland.com

Christopher B. Leach
Dana R. Bucy Miller
1301 Pennsylvania Avenue, NW
Washington, DC 20004
christopher.leach@kirkland.com
dana.miller@kirkland.com

Marianna C. Chapleau
Dayron Silverio
830 Brickell Plaza
Miami, FL 33131
mchapleau@kirkland.com
dayron.silverio@kirkland.com

Lauren Spiwak
4550 Travis Street
Dallas, TX 75205
lauren.spiwak@kirkland.com
*Attorneys for Defendant*

Daniel JT McKenna
Ballard Spahr LLP
1735 Market St 51st Fl
Philadelphia, PA 19103-7599
mckennad@ballardspahr.com
*Attorney for Defendant*

Lucy E. Morris
A. James Chareq
Julia K. Whitelock
Robert D. Tilley
Hudson Cook LLP
1909 K St NW
4th Fl
Washington, DC 20006
lmorris@hudco.com
jchareq@hudco.com
jwhitelock@hudco.com
rtilley@hudco.com
*Attorneys for Defendant*

*s/ Madeline Davis Rigsby*
Madeline Davis Rigsby