**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Commonwealth of Pennsylvania, *et al.*,

Plaintiffs,

v.

Mariner Finance, LLC,

Defendant.

Hon. Kelley B. Hodge

Case No. 2:22-cv-3253-KBH
(Electronically Filed)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

**AND NOW**, this ____ day of ______________, upon consideration of Plaintiffs' Motion to Compel Responses to Discovery Requests (Motion) from Defendant Mariner Finance, LLC (Mariner), filed by Plaintiffs the Commonwealth of Pennsylvania and the States of Washington, Oregon, Wisconsin, North Carolina, New Jersey and New York (collectively, Plaintiffs), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Mariner shall, within fourteen (14) days of the date of this Order:

1. Produce all saved payment calculators responsive to Plaintiffs' Request for Production of Documents Nos. 204 and 208, and confer in good faith regarding the production of additional saved payment calculators responsive to Plaintiffs' Request for Production No. 215; and

2. Identify, by name, last known address, telephone number, and email, all former employees who offered or sold insurance and ancillary products in the Plaintiffs' states, in response to Plaintiffs' Interrogatory No. 3.

BY THE COURT,

______________________

KELLEY B. HODGE, J.