# EXHIBIT 1

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]