# EXHIBIT 2

# PRODUCED IN NATIVE ONLY

[redacted]