# EXHIBIT 3

[redacted]