# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - -

COMMONWEALTH OF PENNSYLVANIA, et al, )
)
Plaintiffs, )
) Civil ActionCase No.
vs. ) 2:22-cv-03253-KBH
)
MARINER FINANCE, LLC, )
)
Defendant. )

VIDEOTAPED DEPOSITION OF:
LAURAN KING

DEPOSITION DATE:
January 21, 2026
Wednesday, 9:20 a.m.

PARTY TAKING DEPOSITION:
Plaintiff

COUNSEL OF RECORD FOR THIS PARTY:
Kevin Bendesky, Esq.
OFFICE OF COMMONWEALTH OF PENNSYLVANIA
Strawberry Square
14th Floor
Harrisburg, PA 17120

REPORTED BY:
Anna Cillo
Notary Public

VIDEOTAPED DEPOSITION OF LAURAN KING, a witness, called by the Plaintiff Defendant for examination, in accordance with the Federal Rules of Civil Procedure, taken by and before Anna Cillo, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Pennsylvania Office of Attorney General, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, Pennsylvania, on Wednesday, January 21, 2026, commencing at 9:20 a.m.

- - - -

APPEARANCES:

FOR THE PLAINTIFFS:

COMMONWEALTH OF PENNSYLVANIA
Heather Kelly, Esq.
hkelly@attorneygeneral.gov
Kevin Bendesky, Esq.
OFFICE OF COMMONWAELTH OF PENNSYLVANIA
Strawberry Square
14th Floor
Harrisburg, PA 17120
Nicholas F.B. Smyth, Esq.
nsmyth@attorneygeneral.gov
OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
412-565-5135
STATE OF TENNESSEE
Alicia Daniels-Hill (via Zoom.)
alicia.daniels-hill@ag.tn.gov
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
500 Charlotte Avenue
Nashville, TN 38219



APPEARANCES, CONTINUED:

FOR THE PLAINTIFFS:

STATE OF NEW JERSEY
Morgan Beirne (via Zoom.)
morgan.beirne@law.njoag.gov
OFFICE OF THE NEW JERSEY ATTORNEY GENERAL
124 Halsey Street
Newark, NJ 07102
STATE OF NEW YORK
Benjamin Charles Fishman (via Zoom.)
OFFICE OF THE NEW YORK ATTORNEY GENERAL
28 Liberty Street
Floor 20
New York, NY 10005-1495
STATE OF WASHINGTON
Madeline Davis Rigsby (via Zoom.)
maddie.davisrigsby@atg.wa.gov
WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-340-6773

FOR THE DEFENDANTS:

Sarah J. Schultes, Esq.
sarah.schultes@kirkland.com
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
212-446-4800

ALSO PRESENT:
Matthew Rethage, Videographer, Veritext



EXAMINATION INDEX

LAURAN KING
BY MR. BENDESKY . . . . . . . . . . . . . . 8

CERTIFICATE OF COURT REPORTER - - - - - - - 391
ERRATA SHEET - - - - - - - - - - - - - - - 392



EXHIBIT INDEX


| King | | MAR |
|---|---|---|
| 1 | Mariner 01998429 - 1998436 | 27 |
| 2 | Mariner 00179586 - 179589 | 38 |
| 3 | Mariner 00019359 - 19361 | 39 |
| 4 | Mariner 01333682 - 01333683 | 56 |
| 5 | Mariner 01526011 - 1526014 | 58 |
| 6 | Mariner 01064166 -1064168 | 66 |
| 7 | Mariner 01141635 - 01141637 | 70 |
| 8 | Mariner 01105183 - 01105184 | 76 |
| 9 | Mariner 01071035 - 01071036 | 85 |
| 10 | Mariner 01233066 - 1233068 | 90 |
| 11 | Mariner 01120151 - 01120153 | 115 |
| 12 | Mariner 00627928 | 118 |
| 13 | Mariner 00627930 | 124 |
| 14 | Mariner 00275206 | 128 |
| 15 | Loan Application for Aaron King | 130 |
| 16 | Mariner 00005894 - 5897 | 145 |
| 17 | Mariner 00008178 | 146 |
| 18 | Mariner 00681720 | 149 |
| 19 | Mariner 01007304 -01007306 | 159 |
| 20 | Mariner 01036965 | 160 |
| 22 | Mariner 01456857 - 01456860 | 163 |
| 23 | Mariner 014096094 | 170 |

it's much easier to sell the product, right?
MS. SCHULTES: Objection, form.
A. So -- we talk about the payment, we talk about what's included in the payment, we talk about the payment without. So if the customer agrees on the payment with, we talk about what's involved in that payment with those products.
BY MR. BENDESKY:
[redacted]
MS. SCHULTES: Objection, form.
A. Which -- when -- which exhibit was that, nine?
BY MR. BENDESKY:
Q. We read that, correct?
MS. SCHULTES: Objection, sorry. I -- is this a question for Ms. King or the court reporter?
MR. BENDESKY: Court reporter. All right, let's move on. If you're selling the



payment first, why would a customer agree on the higher payment.
MS. SCHULTES: Objection, foundation.
BY MR. BENDESKY:
Q. You said earlier there are two prices?
A. We offer the payment, we offer it with products, our customers know that our payments come with products typically, and then we offer a payment without.
Q. How do they know they that they come with product?
A. They're repeat customer.
Q. So if a customer isn't a repeat customer, how do they know?
A. Well, that's why we offer with the products and we explain the products to them, we offer it without.
Q. You sell the payment first, and they agree?
A. We offer the payment first, that's correct.
Q. And you offer two, you say?
A. Correct.
Q. And they select one, correct?
A. We offer the payment first, we let them know what's included in that payment, then we offer



the second.
Q. [redacted]
Q. Let's suppose you're offering two quotes, one with payments and one not with, are you with me?
A. You said I'm offering two quotes, one with payments and one without --
- - - -
(Simultaneous speaking.)
- - - -
BY MR. BENDESKY:
Q. One with products and one without -- I apologize -- one is a higher price and one is a lower price, correct?
MS. SCHULTES: Objection, form.
A. Yes.
BY MR. BENDESKY:
Q. When you do that do they have the same term typically?
A. Yes.
Q. So let's return to Exhibit No. 5. Let me know when you're there?



A. I'm there.
Q. Okay. Again, the second email on the first page, from Joe?
A. Okay.
Q. You see the fourth line down, fourth paragraph down, two points -- I apologize. There's first then there's second?
A. Uh-huh.
Q. [redacted]
MS. SCHULTES: Objection, foundation.
BY MR. BENDESKY:
Q. [redacted]
- - - -
(Simultaneous speaking.)

Page 390

(Court reporter clarification, still on record.)

- - - -

MR. BENDESKY: Can we go off the record.

VIDEOGRAPHER: So that concludes our deposition today, the time here on screen is now 6:18.

- - - -

(Thereupon, the deposition was concluded at 6:18 p.m.)

- - - -

Page 391

COMMONWEALTH OF PENNSYLVANIA) CERTIFICATE
)
COUNTY OF ALLEGHENY ) SS:

I, Anna Cillo, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify that the witness, LAURAN KING, was by me first duly sworn to testify to the truth; that the foregoing deposition was taken at the time and place stated herein; and that the said deposition was recorded stenographically by me and then reduced to printing under my direction, and constitutes a true record of the testimony given by said witness.

I further certify that the inspection, reading and signing of said deposition were NOT waived by counsel for the respective parties and by the witness.

I further certify that I am not a relative or employee of any of the parties, or a relative or employee of either counsel, and that I am in no way interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 23 day of January, 2026.

Anna Cillo
______________________
Notary Public

Page 392

Sarah Schultes, Esquire
sarah.schultes@kirkland.com

January 23, 2026

RE: Commonwealth Of PA Et Al v. Mariner Finance LLC
1/21/2026, Lauran King (#7821921)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-midatlantic@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

Page 393

Commonwealth Of PA Et Al v. Mariner Finance LLC
Lauran King (#7821921)

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE________________________
____________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
____________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
____________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
____________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
____________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
____________________________________________________
REASON____________________________________________

_________________________________ _______________
Lauran King Date