# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF )
PENNSYLVANIA, et al ) Case No.:
Plaintiffs ) 2:22-cv-03253-KBH
)
vs. )
)
MARINER FINANCE, LLC, )
Defendant)

VIDEOTAPED DEPOSITION OF SHERRY NIETO

Taken remotely via Zoom on Monday, July 28, 2025, commencing at 1:00 p.m., by Leandra M. Stoudt, RPR, CBC, CCP, CRR, CCR-NJ, Notary Public and William Miller, Videographer.

APPEARANCES:

OFFICE OF ATTORNEY GENERAL COMMONWEALTH OF PENNSYLVANIA
By: Heather Zinc Kelly, Esq.
Strawberry Square 14th Floor
Harrisburg, PA 17120
(717) 678-4613
hkelly@attorneygeneral.gov
-- for the Plaintiff Office of the Attorney General Commonwealth of Pennsylvania

APPEARANCES (continued):

OFFICE OF ATTORNEY GENERAL COMMONWEALTH OF PENNSYLVANIA
By: Nicholas F.B. Smyth, Esq.
Bureau of Consumer Protection
1251 Waterfront Place, Mezzanine
Pittsburgh, PA 15222
(412) 260-8342
nsmyth@attorneygeneral.gov
-- for the Plaintiff Office of the Attorney General Commonwealth of Pennsylvania
OFFICE OF THE ATTORNEY GENERAL COMMONWEALTH OF PENNSYLVANIA
By: Mary Mulvihill, Esq.
1600 Arch Street, Third Floor
Philadelphia, PA 19103
mmulvihill@attorneygeneral.gov
-- for the Plaintiff Office of the Attorney General Commonwealth of Pennsylvania

STATE OF NEW JERSEY, OFFICE OF THE ATTORNEY GENERAL
By: Morgan Beirne, Esq.
124 Halsey Street
Newark, NJ 07101
(973) 648-2500
morgan.beirne@law.njoag.gov
-- for the Plaintiff State of New Jersey, Office of the Attorney General

APPEARANCES (continued):

NEW YORK BUREAU OF CONSUMER FRAUDS & PROTECTION
By: Benjamin Fishman, Esq.
601 Lexington Avenue
New York, NY 10016
(212) 416-8300
benjamin.fishman@ag.ny.gov
-- for the Plaintiff New York Bureau of Consumer Frauds & Protection

STATE OF TENNESSEE OFFICE OF ATTORNEY GENERAL
By: Alicia Daniels-Hill
P.O. Box 20207
Nashville, TN 37202
(615) 741-3491
-- for the Plaintiff State of Tennessee Office of Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
By: Mary Powell, Esq. and
Steven Taterka, Esq.
302 West Washington Street
IGCS, 5th Floor
Indianapolis, IN 46204
(317) 232-6201
mary.powell@atg.in.gov
-- for the Plaintiff Office of the Indiana Attorney General

STATE OF WASHINGTON OFFICE OF ATTORNEY GENERAL
By: Aaron Fickes, Esq. and
Heidi Anderson, Esq. and
Ashley N. Gomez, Esq. and
Madeline Davis Rigsby, Esq.
Claire Hipps, Law Clerk
800 Fifth Avenue
Suite 2000
Seattle, WA 98104
(206) 464-7744
aaron.fickes@atg.wa.gov
askley.gomez@atg.wa.gov
claire.hipps@atg.wa.gov
maddie.davisrigsby@atw.wa.gov
-- for the Plaintiff Office of the Attorney General State of Washington

APPEARANCES (continued):

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
By: Melissa Piwowar, Esq.
and Alexandra Golata, Esq.
115 South LaSalle STreet
Chicago, IL 60603
melissa.piwowar@ilag.gov
alexandra.golota@ilag.gov
armeen.siddiquiMirza@ilag.gov
-- For the Plaintiff Office of the Illinois Attorney General

KIRKLAND & ELLIS LLP
By: Alexia Brancato, Esq
and Jake DeMicoli, Esq.
2049 Century Park East
Suite 7700
Los Angeles, CA 90067
(310) 552-4200
alexia.brancato@kirkland.com
jake.demicoli@kirkland.com
-- for the Defendant

Also Present: Kathleen MacFeeters, Esq. (PA)

INDEX TO WITNESSES


| WITNESS | PAGE |
| --- | --- |
| SHERRY NIETO | |
| By Mr. Fickes | 8 |
| By Ms. Kelly | 201 |

INDEX TO EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 69 | Protectice Order Ex A | 10 |
| EXHIBIT 70 | MARINER00756778 Welcome Packet | 23 |
| EXHIBIT 71 | MARINER00756379 2020 Annual Eva | l29 |
| EXHIBIT 72 | MFWA000036291 | 80 |
| EXHIBIT 73 | MFWA000034787 BOR | 96 |
| EXHIBIT 74 | MARINER00627693 | 115 |
| EXHIBIT 75 | MARINER00627695 | 119 |
| EXHIBIT 76 | MFWA000045550 | 132 |
| EXHIBIT 77 | MFWA000032203 | 144 |
| EXHIBIT 78 | MFWA000038471 | 148 |
| EXHIBIT 79 | MFWA000043245 | 151 |
| EXHIBIT 80 | MFWA000042313 | 158 |
| EXHIBIT 81 | MFWA0000334738 | 167 |
| EXHIBIT 82 | MFWA000034760 | 178 |
| EXHIBIT 83 | MFWA000039856 | 181 |
| EXHIBIT 84 | MFWA000044941 | 183 |
| EXHIBIT 85 | MFWA000044363 | 194 |


*Stenographer's Note: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily denote an exact quote from the document.

INDEX TO REQUESTS

Page / Line

(None)

Sometimes I speak a little quickly, as well.
A. Okay.
Q. Are you at that address currently?
A. Yes.
Q. Do you have an attorney present with you today?
A. No.
Q. Have you had any communications with the attorneys for Mariner Finance the defendant in this case?
A. No.
Q. I wanted to thank you for being here. I understand it's an inconvenience. I think this is a work day for you. And if I'm understanding correctly, you're taking a vacation day so I do appreciate that.
A. Thanks.
Q. We'll talk about this a little further, but one of the reasons we're doing this remotely is to reduce the inconvenience to you and to everyone as much as possible. We have attorneys joining from around the country in different time zones and things like that, as well. But still I acknowledge it's an inconvenience. So thank you very much.

CERTIFICATE

I do hereby certify that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

_____________________________

Leandra Stoudt, RPR, CRR
CBC, CCP, CCR, Notary Public