**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF PENNSYLVANIA, *et al.*,

Plaintiffs,

v.

MARINER FINANCE, LLC,

Defendant.

Case No. 2:22-cv-03253-KBH

Hon. Kelley Brisbon Hodge
(Electronically Filed)

**[PROPOSED] ORDER**

**AND NOW**, this ____ day of _____________, 2026, upon due consideration of Defendant Mariner Finance LLC's Motion for Leave to File Limited Material Under Seal and Supporting Memorandum, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Defendant is permitted for leave to maintain redactions of, and file under seal the corresponding unredacted versions of, limited confidential commercial information included in (1) Plaintiffs' November 20, 2026 memorandum supporting their Motion to Compel and Exhibits 1–5 thereto and (2) Mariner's Opposition to Plaintiffs' Motion to Compel ("Opposition), Exhibits 2 and 3 to the Opposition, and the Klapaska Declaration.

______________________________
**HODGE, J.**