# DECLARATION OF BONNIE KLAPASKA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

I, Bonnie Klapaska, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Administrative Officer and Senior Executive Vice President of Mariner Finance, LLC ("Mariner"). I am over the age of eighteen and competent to make this declaration. I submit this declaration in support of Mariner's Opposition to Plaintiffs' Motion to Compel Responses to Discovery Requests.

[redacted]

[redacted]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 25, 2026

BY: */s/ Bonnie Klapaska*

Bonnie Klapaska
Chief Administrative Officer and
Senior Executive Vice President
Mariner Finance, LLC