# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, )
et al., )
)
Plaintiffs, )
)
-vs- ) No. 2:22-cv-03253-KBH
)
MARINER FINANCE, LLC, )
)
Defendants. )

Videotaped deposition of FRED DEKEYSER taken before CAROL CONNOLLY, CSR, CRR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at 115 South LaSalle Street, Suite 2600, Chicago, Illinois, commencing at 9:14 a.m. on the 1st day of April, A.D., 2026.

[redacted]

Q What's GAP?

A That's an auto product that insures a loan between the difference of the amount financed and the value of the car.

Q And what about LPD?

A Okay. That one, I do not remember.

[redacted]

MR. SUMMERS: Objection. Foundation.

Go ahead.

THE WITNESS: It increases the amount financed which

[redacted]

MR. SUMMERS: Objection. Vague. Overbroad.

[redacted]

[redacted]

MR. SUMMERS: Objection. Vague. Overbroad.

[redacted]

MR. SUMMERS: Objection. Vague.

[redacted]

[redacted]