# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - -

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil ActionCase No. |
| vs. | ) 2:22-cv-03253-KBH |
| | ) |
| MARINER FINANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

VIDEOTAPED DEPOSITION OF:
LAURAN KING

DEPOSITION DATE:
January 21, 2026
Wednesday, 9:20 a.m.

PARTY TAKING DEPOSITION:
Plaintiff

COUNSEL OF RECORD FOR
THIS PARTY:
Kevin Bendesky, Esq.
OFFICE OF COMMONWEALTH
OF PENNSYLVANIA
Strawberry Square
14th Floor
Harrisburg, PA 17120

REPORTED BY:
Anna Cillo
Notary Public

A. I'm sorry, I'm confused about what you're asking me.
Q. You're at the approval phase?
A. Yes.
Q. And that's when you introduce the add-ons, correct, how does that work?
A. Yes. So we give them a monthly payment that you want to call "price," is that correct?
Q. We can call it a monthly payment.
A. Okay. Monthly payment, we give them a payment that includes the, as you call, add-ons that they qualify for. We also give them a payment without any of the add-ons.
Q. At that point do you tell them how many months they'll be paying?
A. We do go over the terms, yes, we do, the number of months, the monthly payment, and the products -- the -- I'm sorry, what did you call them? The --
Q. Add-on products.
A. Add-on products that we offer them.
Q. How long is it typically between that phone call and them coming in if they decide to close a loan in person?
A. Typically the same day.

[redacted]

Q. And in that phone call do you tell the consumers which of the add-on products they qualify for?

A. Yes.

[redacted]

[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]

MR. BENDESKY: So if anybody -- if you need a break or if anyone needs a break, this is a decent time I think to take one, does anyone need one, or do you want to keep going?

MS. SCHULTES: I'm okay to keep going, Lauran it's up to you.

THE WITNESS: I'm okay to keep going.

MS. KELLY: I'm good.

MR. BENDESKY: WE are going to introduce --

\- - - -

(Simultaneous speaking.)

\- - - -

MR. BENDESKY: Do you have from the outline --

MS. KELLY: 133.

MR. BENDESKY: It is cut off from me. Of course -- I know, I can't get on there.

MS. KELLY: Which one, this one?