# EXHIBIT 7

**From:** Kelly, Heather
**To:** Schultes, Sarah; Davis Rigsby, Maddie (ATG); Summers, Matthew; Chapleau, Marianna C.; Silverio, Dayron; Brancato, Alexia Renee; Miller, Dana R. Bucy
**Cc:** Starr, Logan (ATG); Stern, Rose (ATG); Krug, Savannah (ATG); Mulvihill, Mary; MacFeeters, Kathleen; Bendesky, Kevin; "Tina.Taboada@law.njoag.gov" <Tina.Taboada@law.njoag.gov>; Cathleen O"Donnell; Conor Vance; Mia.Dohrmann@law.njoag.gov; Morgan Beirne; Fishman, Benjamin; "Van Horn, Nora"; Nodler, Gregory; "Weaver, Lynne"; Kern, Frances; Steck, Evan D; Ferretti Joseph; shannon.suehr@doj.oregon.gov; Brian Bowcut; Alexandra Golota; Melissa Piwowar; lindsay.marks@dc.gov; Zeyad Assaf
**Subject:** Mariner Finance | Discovery request supplement; Discovery Deficiencies
**Date:** Tuesday, September 22, 2026 2:12:11 PM

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Sarah:

Maddie is in trial this week, so I am responding on her behalf with regard to your email from yesterday below. Additional outstanding discovery issues are also discussed below. Plaintiffs would like to meet and confer on these matters.

**Request to Supplement (9/16/26 email):** While Plaintiffs' September 16 email requesting supplementation inadvertently stated Plaintiffs would issue new requests if asked, such new requests are not required under FRCP 26(e) for interrogatories or non-custodial productions, as the latter are not limited in time by an agreed-up collection date. Mariner has an ongoing duty to supplement its responses to Interrogatories, as well as all non-custodial document productions (which RFP 67 was), and Plaintiffs will not be issuing new requests for such supplements.

**Additional Information from ROG 3 (new):** In Plaintiffs' Interrogatory No. 3 to Defendant, we requested that Mariner "[i]dentify all Mariner employees, contractors, or other agents who sold, or offered for sale, Add-On Products during the Relevant Time Period[.]" The definition of "Identify" when used with respect to a person, included that person's (a) name; (b) last-known residence address; (c) telephone number; and (d) email address. *See* Plaintiffs' First Set of Interrogatories to Defendant Mariner Finance, LLC, 2/28/25, Definition #13. During the parties' meet and confers, Plaintiffs agreed to temporarily table the request for employees' addresses, phone numbers, and email addresses.

Plaintiffs are now renewing their request for that information. By way of relevance proffer, this information is necessary for several reasons, including but not limited to determining whether the employee had a license to sell insurance, as licensing agencies track this information about licensees to distinguish them from other licensees with the same name.

**ROG 11, Call Recording Production Deficiencies (ongoing):** I have not received a response from you for an update regarding this issues that have been ongoing discussions since at least mid-June. Your most recent, incomplete, response was September 4, for which I requested an update on September 17.

**ROG 187/M&C (9/21/26)**: Kevin Bendesky from Pennsylvania requested times this week when Mariner's counsel can meet and confer regarding ROG 187. Plaintiffs are extending that request to all issues raised in this email.

**Plaintiffs' ROG 27:** Please note that this is a Pennsylvania-specific Interrogatory that should be counted toward Pennsylvania's 10 separate interrogatories because we have state law claims.

Consistent with the foregoing, please provide several days and times when Mariner can meet and confer on the above matters, including being prepared during that conferral to provide concrete information about whether and when Mariner will supplement existing productions.

Thank you,

Heather Zink Kelly
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
717-678-4613

---

**From:** Schultes, Sarah <sarah.schultes@kirkland.com>
**Sent:** Monday, September 21, 2026 8:57 AM
**To:** Davis Rigsby, Maddie (ATG) <Maddie.DavisRigsby@atg.wa.gov>; Summers, Matthew <matthew.summers@kirkland.com>; Chapleau, Marianna C. <mchapleau@kirkland.com>; Silverio, Dayron <dayron.silverio@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>
**Cc:** Starr, Logan (ATG) <logan.starr@atg.wa.gov>; Stern, Rose (ATG) <rose.stern@atg.wa.gov>; Krug, Savannah (ATG) <savannah.krug@atg.wa.gov>; Kelly, Heather <hkelly@attorneygeneral.gov>; Mulvihill, Mary <mmulvihill@attorneygeneral.gov>; MacFeeters, Kathleen <kmacfeeters@attorneygeneral.gov>; Bendesky, Kevin <kbendesky@attorneygeneral.gov>; 'Tina.Taboada@law.njoag.gov' <Tina.Taboada@law.njoag.gov> <tina.taboada@law.njoag.gov>; Cathleen O'Donnell <cathleen.o_donnell@law.njoag.gov>; Conor Vance <conor.vance@law.njoag.gov>; Mia.Dohrmann@law.njoag.gov <mia.dohrmann@law.njoag.gov>; Morgan Beirne <morgan.beirne@law.njoag.gov>; Fishman, Benjamin <benjamin.fishman@ag.ny.gov>; 'Van Horn, Nora' <nora.vanhorn@ag.ny.gov>; Nodler, Gregory <gregory.nodler@ag.ny.gov>; 'Weaver, Lynne' <lweaver@ncdoj.gov>; Kern, Frances <frances.kern@wisdoj.gov>; Steck, Evan D <evan.steck1@wisdoj.gov>; Ferretti Joseph <joseph.ferretti@doj.oregon.gov>; shannon.suehr@doj.oregon.gov <shannon.suehr@doj.oregon.gov>; Brian Bowcut

<brian.bowcut@doj.oregon.gov>; Alexandra Golota <alexandra.golota@ilag.gov>; Melissa Piwowar <melissa.piwowar@ilag.gov>; lindsay.marks@dc.gov <lindsay.marks@dc.gov>; Zeyad Assaf <zeyad.assaf@law.njoag.gov>
**Subject:** RE: Mariner Finance | Discovery request supplement

Maddie,

Thank you for your email. Please issue new discovery requests and we will respond accordingly.

Regards,
Sarah

**Sarah J. Schultes**
She/Her/Hers

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3423
**F** +1 212 446 4900

sarah.schultes@kirkland.com

---

**From:** Davis Rigsby, Maddie (ATG) <Maddie.DavisRigsby@atg.wa.gov>
**Sent:** Wednesday, September 16, 2026 6:56 PM
**To:** Summers, Matthew <matthew.summers@kirkland.com>; Schultes, Sarah <sarah.schultes@kirkland.com>; Chapleau, Marianna C. <mchapleau@kirkland.com>; Silverio, Dayron <dayron.silverio@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>
**Cc:** Starr, Logan (ATG) <logan.starr@atg.wa.gov>; Stern, Rose (ATG) <rose.stern@atg.wa.gov>; Krug, Savannah (ATG) <savannah.krug@atg.wa.gov>; Kelly, Heather <hkelly@attorneygeneral.gov>; Mulvihill, Mary <mmulvihill@attorneygeneral.gov>; MacFeeters, Kathleen <kmacfeeters@attorneygeneral.gov>; Bendesky, Kevin <kbendesky@attorneygeneral.gov>; 'Tina.Taboada@law.njoag.gov' <Tina.Taboada@law.njoag.gov> <tina.taboada@law.njoag.gov>; Cathleen O'Donnell <cathleen.o_donnell@law.njoag.gov>; Conor Vance <conor.vance@law.njoag.gov>; Mia.Dohrmann@law.njoag.gov; Morgan Beirne <morgan.beirne@law.njoag.gov>; Fishman, Benjamin <benjamin.fishman@ag.ny.gov>; 'Van Horn, Nora' <nora.vanhorn@ag.ny.gov>; Nodler, Gregory <gregory.nodler@ag.ny.gov>; 'Weaver, Lynne' <lweaver@ncdoj.gov>; Kern, Frances <frances.kern@wisdoj.gov>; Steck, Evan D <evan.steck1@wisdoj.gov>; Ferretti Joseph <joseph.ferretti@doj.oregon.gov>; shannon.suehr@doj.oregon.gov; Brian Bowcut <brian.bowcut@doj.oregon.gov>; Alexandra Golota <alexandra.golota@ilag.gov>; Melissa Piwowar <melissa.piwowar@ilag.gov>; lindsay.marks@dc.gov; Zeyad Assaf <zeyad.assaf@law.njoag.gov>
**Subject:** Mariner Finance | Discovery request supplement

Counsel,

Plaintiffs write to request supplemental responses to two previously-issued discovery requests in the Mariner Finance case, as follows:

Interrogatory 3: Plaintiffs previously requested various information, including Teller ID numbers, for each Mariner employee who sold Add-On Products. Mariner provided Attachment A to its 7/31/2025 Supplemental Responses, and in an updated Appendix A on 1/26/26. Please provide an updated Appendix A through today's date.

RFP 67: Plaintiffs previously requested all Audits performed on any Mariner business operation. Mariner produced Branch Office Reviews (BORs) and Credit and Compliance Audits in various prior productions. Please supplement this response to ensure that all Credit and Compliance Audits and BORs have been produced for branches within the Plaintiffs states through today's date.

If Mariner will not issue supplements to these existing requests and will instead require a new discovery request for either of these items, please let us know by the end of this week.

Thank you,
Maddie

Maddie Davis Rigsby (she/her)
Assistant Attorney General, Consumer Protection Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 340-6773 (Office)
(206) 572-0465 (Cell)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG