**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

**AND NOW**, this ____ day of _____________, 2026, upon due consideration of Plaintiffs' Motion to Compel Responses to Discovery Requests with exhibits ("Motion to Compel"), Defendant Mariner Finance, LLC's Opposition thereto, and the pleadings and records on file, the Court hereby **DENIES** the Motion to Compel.

______________________________
**HODGE, J.**