**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER FINANCE, LLC,<br><br>Defendant. | Case No. 2:22-cv-03253-KBH<br><br>Hon. Kelley Brisbon Hodge<br>(Electronically Filed) |

**CERTIFICATE OF SERVICE**

Defendant Mariner Finance, LLC, through undersigned counsel, hereby certifies that true and correct copies of the following documents were filed electronically and served on all counsel of record via ECF.

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

**PROPOSED ORDER DENYING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

BY: */s/ Atif Khawaja*

Atif Khawaja, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
atif.khawaja@kirkland.com
*Attorney for Defendant Mariner Finance, LLC*